**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TAMMY MURILLO, an individual, and as Successor in Interest to JESSE MURILLO, deceased,

*Plaintiffs,*

vs.

CITY OF LOS ANGELES, et al.

*Defendants.*

CASE NO.: 2:21-cv-08738-FMO AGRx)

**ORDER RE: JOINT STIPULATION TO MODIFY COURT'S SCHEDULING ORDER TO EXTEND PRETRIAL DATES**

**Trial Date**: February 14, 2023

**ORDER**

This Court, having read and considered the parties' Joint Stipulation to Modify Court's Scheduling Order, and finding good cause, therefore, hereby modifies the Court's Scheduling Order (Doc 17) as follows:

| EVENT | CURRENT DATE/TIME | NEW DATE/TIME |
| --- | --- | --- |
| Settlement Completion Cutoff | 07/29/2022 | 08/29/2022 |
| Factual Discovery Cut-off | 07/29/2022 | 08/29/2022 |
| All Expert Discovery Cutoff | 10/07/2022 | 11/07/2022 |
| Initial Expert Disclosures | 08/12/2022 | 09/12/2022 |

| | | |
|---|---|---|
| Rebuttal Expert Witness Disclosure | 09/09/2022 | 10/10/2022 |
| Motion for Summary Judgment or other Dispositive Motions | 11/04/2022 | 12/05/2022 |
| Memoranda of Contentions of Fact and Law; Witness List; the Pretrial Exhibit Stipulation, and Joint Motions in Limine | 01/06/2023 | 01/06/2023 |
| Pretrial Conference Order; Joint Jury Instructions; Disputed Jury Instructions; Joint Proposed Verdict Form; Joint Statement of the Case; Proposed Additional Voir Dire Questions, if desired; and Reply to Memoranda to Motions in Limine | 01/13/2023 | 01/13/2023 |
| Pre-trial Conference/Hearing on Motions in Limine | 01/27/2023, at 10:00 a.m. | 01/27/2023, at 10:00 a.m. |
| Jury Trial | 02/14/2023, at 9:00 a.m. | 02/14/2023, at 9:00 a.m. |

**IT IS SO ORDERED.**

**Dated:** July 13, 2022

**By**: /s/

The Honorable Fernando M. Olguin
United States District Judge