UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 21-8738 FMO (AGRx) | Date | October 28, 2022 |
|---|---|---|---|
| Title | Tammy Murillo v. City of Los Angeles, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Gabriela Garcia | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of January 31, 2022, the parties were required to complete a settlement conference before a private mediator no later than July 29, 2022. (See Dkt 17, Court's Order of January 31, 2022, at 17). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See id.). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id.). The court later continued the settlement conference deadline to October 21, 2022. (See Dkt. 28, Court's Order of September 13, 2022).

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **November 4, 2022**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of January 31, 2022. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002).

|  | 00 : 00 |
|---|---|
| Initials of Preparer | gga |