JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MURILLO, an individual and as successor in interest to JESSE MURILLO, deceased,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF LOS ANGELES, FRED SIGMAN, CHRISTOPHER MONTAGUE.,<br><br>    Defendants. | CASE NO. 2:21-cv-08738 FMO (AGRx)<br><br>*Hon. Fernando M. Olguin, Ctrm. 6D*<br>*Mag. Alicia G. Rosenberg, Ctrm. 550*<br><br>**JUDGMENT** |

The trial of this action began on August 22, 2023, in Courtroom 6D of the United States District Court, Central District of California, Honorable Fernando M. Olguin presiding. Plaintiff Tammy Murrillo was represented at trial by attorneys Dale K. Galipo, Maro Burunsuzyan, Renee V. Masongsong, and Shannon J. Leap. Defendants City of Los Angeles, Fred Sigman, and Christopher Montague were represented at trial by Ty Ford and Sasha O. Lazarevich.

A jury was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict as follows:

<u>Excessive Force and Battery Claims</u>

**Question No. 1:**  Do you find by a preponderance of the evidence that any of the following officer defendants used force against Jesse Murillo that was unreasonable under the circumstances?

      Fred Sigman           YES _X___         NO _____

      Christopher Montague     YES _X___         NO _____

*If you gave any "yes" answers to Question No. 1, please proceed to Question No. 2. If you answered only "no" to Question No. 1, please proceed to Question No. 3.*

<u>Bane Act Claim</u>

**Question No. 2:**  Do you find by a preponderance of the evidence that any of the officer defendants violated the Bane Act by using excessive force against Jesse Murillo?

      Fred Sigman           YES _X___         NO _____

      Christopher Montague     YES _X___         NO _____

*Please proceed to Question No. 3.*

<u>Negligence Claim</u>

**Question No. 3:**  Do you find by a preponderance of the evidence that any of the following officer defendants were negligent towards Jesse Murillo?

      Fred Sigman           YES _X___         NO _____

      Christopher Montague     YES _X___         NO _____

*If you gave any "yes" answers to Question No. 3, please proceed to Question No. 4.*

*If you answered only "no" to Question No. 3, but gave any "yes" answers to Question No. 1, please proceed to Question No. 6.*

*If you answered only "no" to Question Nos. 1 and 3, you are finished. Do not answer any more questions. Please skip to the end and sign, date, and return this form.*

### Comparative Fault

**Question No. 4:** Do you find by a preponderance of the evidence that Jesse Murillo's negligence was a substantial factor in causing his death?

 YES __X__   NO _____

*If you answered "yes" to Question No. 4, please proceed to Question No. 5.*

*If you answered "no" to Question No. 4, please proceed to Question No. 6.*

**Question No. 5:** If you answered yes to Question No. 4, what percentage of negligence that resulted in Jesse Murillo's death was caused by the officer defendants, and what percentage, if any, was caused by Jesse Murillo? Your total should equal 100%.

| | |
|---|---|
| Fred Sigman | __45__ % |
| Chris Montague | __48__ % |
| Jesse Murillo | __7__ % |

*Please proceed to Question No. 6.*

/ / /

/ / /

/ / /

<u>Damages—Jesse Murillo</u>

**Question No. 6:** If you gave any "yes" answers to Question No. 1 above, what are Jesse Murillo's damages for his pre-death pain and suffering and loss of life?

Pre-death pain and suffering    $    6.5 million
Loss of life                                $    5.3 million

*Please proceed to Question No. 7.*

<u>Damages—Tammy Murillo</u>

**Question No. 7:** If you gave any "yes" answers to either Question No. 1 or 3 above, what are the Plaintiff's wrongful death damages for the loss of her son, Jesse Murillo?

Wrongful death damages    $    12 million

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

Total judgment in the sum of $23,800,000, plus costs, pursuant to Federal Rule of Civil Procedure 54(d)(1), interest calculated from the date of the entry of judgment, at the rate specified by 28 U.S.C. §1961, and reasonable statutory attorneys' fees and costs as may be awarded by the court, is entered against the City of Los Angeles, Fred Sigman, and Christopher Montague and in favor of Plaintiff Tammy Murillo. Plaintiff Tammy Murillo is the prevailing party and may apply to the court for an award of costs and reasonable statutory attorneys' fees as permitted by federal and state law.

**IT IS SO ORDERED.**

Dated: September 6, 2023

/s/
Honorable Fernando M. Olguin
United States District Court
Central District of California