Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MURILLO, individually and as a successor in interest to JESSE MURILLO, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, FRED SIGMAN, CHRISTOPHER MONTAGUE,<br><br>Defendants. | Case No. 2:21-cv-08738-FMO-AGR<br><br>District Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Alicia G. Rosenberg<br><br>**DECLARATION OF SHANNON J. LEAP IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR A NEW TRIAL** |

# **DECLARATION OF SHANNON J. LEAP**

1. I am an attorney licensed to practice law in the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiff in this action. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion for a New Trial.

2. Attached hereto as "Exhibit 1" is a true and correct copy of the Reporter's Transcript of Proceedings, Pretrial Conference, August 18, 2023.

3. Attached hereto as "Exhibit 2" is a true and correct copy of the Reporter's Transcript of Jury Trial Proceedings, Jury Trial Day One, August 22, 2023.

4. Attached hereto as "Exhibit 3" is a true and correct copy of the Reporter's Transcript of Jury Trial Proceedings, Jury Trial Day Three, August 24, 2023.

5. Attached hereto as "Exhibit 4" is a true and correct copy of the Reporter's Transcript of Jury Trial Proceedings, Jury Trial Day Four, A.M. Session, August 25, 2023.

6. Attached hereto as "Exhibit 5" is a true and correct copy of the Special Verdict in the case *French v. City of Los Angeles, et al.*, Case No. EDCV2000416JGBSPX, 2022 WL 2189649 (C.D. Cal. May 10, 2022).

7. Attached hereto as "Exhibit 6" is a true and correct copy of the Special Verdict in the case *Archibald v. County of San Bernardino,* Case No.: 5:16-cv-01128-AB-SP.

8. Attached hereto as "Exhibit 7" is a true and correct copy of the Special Verdict in the case *Alves v. Riverside County, et al.*, Case No. 5:19-CV-02083-JGB.

9. Attached hereto as "Exhibit 8" is a true and correct copy of the Special Verdict in the case *Dajyne G., et al. v. Culver City,* Case No.: CV 10-09497-MWF (MANx).

10. Attached hereto as "Exhibit 9" is a true and correct copy of the Special Verdict, Phase II, in the case *Valenzuela v. City of Anaheim*, Case No. SACV 17-00278-CJC, consolidated with SACV 17-02094-CJC.

11. Attached hereto as "Exhibit 10" is a true and correct copy of the Special Verdict in the case *Zelaya v. City of Los Angeles*, Case No. CV 20-08382-ODW.

12. Attached hereto as "Exhibit 11" is a true and correct copy of the Special Verdict in the case *Najera v. Ponder*, Case No. CV 18-762-DMG.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 19th day of October 2023, at Woodland Hills, California.

*/s/ Shannon J. Leap*
_____
Shannon J. Leap