# EXHIBIT 6

DUPLICATE ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

MAR 14 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ARCHIBALD, et al., | Case No. CV 16-01128-AB (SPx) |
| Plaintiffs, | **SPECIAL VERDICT FORM - DAMAGES** |
| v. | |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

1.

1  WE, THE JURY in the above-entitled action, unanimously find as follows on the
2  questions submitted to us:
3
4  **QUESTION 1:** What are Nathanael Pickett, II's damages for his loss of enjoyment
5  of life, and for his pre-death pain and suffering?
6                                        $ ___7 MILLION___
7  *Please proceed to the next question.*
8
9  **QUESTION 2:** What are Plaintiff Dominic Archibald's damages for past and future
10 loss of Nathanael Pickett, II's love, companionship, comfort, care, assistance,
11 protection, affection, society, and moral support?
12              Past:      $ ___2.5 MILLION___
13
14              Future:    $ ___4 MILLION___
15
16              Total:     $ ___6.5 MILLION___
17 *Please proceed to the next question.*
18
19 **QUESTION 3:** What are Plaintiff Nathanael Pickett, I's damages for past and future
20 loss of Nathanael Pickett, II's love, companionship, comfort, care, assistance,
21 protection, affection, society, and moral support?
22              Past:      $ ___1 MILLION___
23
24              Future:    $ ___1 MILLION___
25
26              Total:     $ ___2 MILLION___
27
28

2.

1  **QUESTION 4:** What amount of punitive damages, if any, do you award?

3          Dominic Archibald:           $ __14 MILLION__

5          Nathanael Pickett, I:        $ __4 MILLION__

7  *Please sign and date this verdict form and return it to the Court.*

9  Dated: __03/14/2018__     Signed: /S/
                                     redacted signature

3.