# EXHIBIT 8

FILED
CLERK, U.S. DISTRICT COURT
MAY - 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

REDACTED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAJYNE G., DEUJANYE G., and DYVONN G., by and through their guardian ad litem KHANDI ROSE; and KAILYNN G., by and through her guardian ad litem KANDACE SIMPLIS,

Plaintiffs,

vs.

CULVER CITY POLICE DEPARTMENT, and OFFICER LUIS MARTINEZ,

Defendants

Case No.: CV10-9497 MWF (MANx)

**SPECIAL VERDICT FORM**

We, the jury, answer the questions submitted to us as follows:

1. **Did Officer Luis Martinez use excessive force against Decedent Lejoy Grissom on April 25, 2010?**

   ☒ Yes            ☐ No

   If your answer to question 1 is no, proceed to the end and sign and date this verdict form and return it to the Court Clerk. If your answer to question 1 is yes, proceed to the next question.

- 1 -
SPECIAL VERDICT FORM

| | | |
|---|---|---|
| 2. | What are Lejoy Grissom's damages? | $ 825,000. |
| | Proceed to the next question. | |
| 3. | What are Dajyne G.'s damages? | |
| | a. Past non-economic damages: | $ 500,000. |
| | b. Future non-economic damages: | $ 1,500,000. |
| | Proceed to the next question. | |
| 4. | What are Deujanye G.'s damages? | |
| | a. Past non-economic damages: | $ 500,000. |
| | b. Future non-economic damages: | $ 1,500,000 |
| | Proceed to the next question. | |
| 5. | What are Dyvonn G.'s damages? | |
| | a. Past non-economic damages: | $ 500,000. |
| | b. Future non-economic damages: | $ 1,500,000 |
| | Proceed to the next question. | |
| 6. | What are Kailynn G.'s damages? | |
| | a. Past non-economic damages: | $ 500,000. |
| | b. Future non-economic damages: | $ 1,500,000. |

When you have finished, sign and date this form and return it to the Court Clerk.

SIGNED: **REDACTED**     Date: 5/8/13
Presiding Juror

- 2 -

SPECIAL VERDICT FORM