# EXHIBIT 10

FILED
CLERK, U.S. DISTRICT COURT
10/13/23
CENTRAL DISTRICT OF CALIFORNIA
BY: SE DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Nicole Juarez Zelaya, | ) | Case No. CV 20-08382-ODW (MAAx) |
| Plaintiff, | ) | |
| v. | ) | JURY VERDICT |
| City of Los Angeles, | ) | |
| Defendant. | ) | |

**QUESTION 1:** Did either of the officer defendants use excessive force or restraint against Jacobo Cedillo?

    Dustin Richmond     __X__ YES     _____ NO

    Joseph Hunt     __X__ YES     _____ NO

*If you answered YES to any Defendant(s) in Question No. 1, answer Question No. 2 only as to that Defendant(s). If you answered NO as to all Defendants, then go to Question No. 3.*

**QUESTION 2:** Was the use of excessive force or restraint against Jacobo Cedillo by the officer defendant(s) a cause of harm, injury, damage, or death to Jacobo Cedillo?

    Dustin Richmond     __X__ YES     _____ NO

    Joseph Hunt     __X__ YES     _____ NO

*Proceed to Question No. 3.*

**QUESTION 3:** Did any of the officer defendants interfere with the Plaintiff's familial relationship with her father, Jacobo Cedillo?

Dustin Richmond     __X__ YES     _____ NO

Joseph Hunt     __X__ YES     _____ NO

*Proceed to Question No. 4.*

**QUESTION 4:** Did the City of Los Angeles fail to properly train Officers Richmond and/or Hunt with respect to the risks of prone restraint and/or the risks of positional and/or restraint asphyxia?

__X__ YES     _____ NO

*If you answered YES to Question No. 4, answer Question No. 5. If you answered NO, go to the Instructions for Question No. 7.*

2

**QUESTION 5:** Was the City of Los Angeles deliberately indifferent to the known or obvious consequence of its failure to train Officers Richmond and/or Hunt?

__X__ YES  _____ NO

*If you answered YES to Question No. 5, answer Question No. 6. If you answered NO, go to the Instructions above Question No. 7.*

**QUESTION 6:** Was the City of Los Angeles' failure to train Officers Richmond and/or Hunt with respect to the risks of prone restraint and/or the risks of positional and/or restraint asphyxia a moving force behind the injury, damage, harm or death to Jacobo Cedillo?

__X__ YES  _____ NO

*Please proceed to the Instructions above Question No. 7.*

3

# DAMAGES

*Instructions: Answer Question No. 7 only if you answered YES to Questions Nos. 2 and/or 6.*

**QUESTION 7:** What are Jacobo Cedillo's damages for his pre-death pain and suffering and loss of life?

Pre-death pain and suffering    $ 6,000,000

Loss of life                    $ 6,000,000

*Instructions: Answer Question No. 8 only if you answered YES to Question No. 3 or Question No. 6.*

**QUESTION 8:** What are Plaintiff Nicole Zelaya's wrongful death damages for the loss of her father, Jacobo Cedillo?

Nicole Zelaya's past wrongful death damages      $ 1,000,000

Nicole Zelaya's future wrongful death damages    $ 500,000

*Please sign and date the verdict form and return it to the Court.*

Date: 10/13/23

Jury Foreperson

4