# EXHIBIT A

**RAPID LEGAL INC.**

15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA  91709
accountsreceivable@rapidlegal.com



## INVOICE

BILL TO
Law Offices of Dale K. Galipo
21800 Burbank Blvd 310
Woodland Hills, CA 91367
Attn: Alejandro Monguia
Billing Code: Murillo, Tammy v. LA

INVOICE   8048102
DATE      08/18/2023
TERMS     Due on receipt

ACCOUNT #
146308

| DATE | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| 08/17/2023 | Urgent Urban Area Posted, 08/17/2023 PARTY TO SERVE: Chase Mendenhall, Co Los Angeles Fire Department  (Registered Agent: LA City Fire Department) 201 N Figueroa St 1250, Los Angeles, CA 90012 Subpoena To Appear And Testify at A Hearing Or Trial In A Civil Action, On Call Agreement | 1 | 170.00 |
| 08/17/2023 | Witness Fees Advanced to Complete Assignment | 1 | 275.00 |
| 08/17/2023 | Credit Card or ACH Processing Fee | 1 | 13.35 |

BILLING CODE: Murillo, Tammy v. LA
CASE #: 221-cv-08738-FMO-AGR
CASE NAME: Murillo, Tammy v. City of Los Angeles

PAYMENT   458.35

BALANCE DUE   **$0.00**

**PAID**

Fees for Service of Process

          170.00
+      13.35
       $183.35

If you have questions about this invoice, please email Accounts Receivable at accountsreceivable@rapidlegal.com or call 909-664-9565

Thank you for choosing Rapid Legal for your legal services needs.

TAX ID #95-4470545

Page 1 of 1