# EXHIBIT B



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 37689 | 1/13/2023 | 40136 |
| Job Date | | Case No. |
| 1/10/2023 | | 2:21-cv-08738 FMO (AGRx) |
| | Case Name | |
| Tammy Murillo, et al. v. City of Los Angeles, et al. | | |
| | Payment Terms | |
| Due upon receipt | | |

Dale Galipo, Esq.
Law Office of Dale Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Meet & Confer                                                                                   26.00 Pages   @   3.500   91.00
        Per Diem (Half Day) - Admin Hearing - Remote         1.00               @   200.000   200.00
2nd Copy
    Meet & Confer                                                                   26.00 Pages   @   1.750   45.50
        Shipping & Handling                                              1.00               @   65.000   65.00

TOTAL DUE   >>>   $401.50

Location of Job   : https://us02web.zoom.us/j/83024181484

Requested by City Attorney that billing be split between parties / this invoice reflects the portion of the split bill to be paid by the L/O of Dale Galipo.

DEF Counsel:  Ty Ford, DCA of the Police Litigation
PLF Counsel:  Dale Galipo of L/O of Dale Galipo

No exhibits

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:   $401.50

---

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

9093
16-1606/1220

DATE  3/27/2023

PAY TO THE ORDER OF  Kennedy Court Reporters, Inc.  $ 401.50

Four hundred one and 50/100 -------- DOLLARS

CITY NATIONAL BANK
AN RBC COMPANY
(800) 773-7100

PERSONAL & BUSINESS BANKING

FOR  Tammy Murillo v. City of LA.

⑈009093⑈ ⑆122016066⑆ 224172796⑈

---

Remit To: Kennedy Court Reporters, Inc
920 W. 17th St.
2nd Floor
Santa Ana, CA 92706

Job No.     : 40136
BU ID       : 1-MAIN
Case No.    : 2:21-cv-08738 FMO (AGRx)
Case Name   : Tammy Murillo, et al. v. City of Los Angeles, et al.

# Invoice
#90018395

**Huseby.com**

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Dale Galipo Law Offices**
Alejandro Monguia
21800 Burbank Boulevard, Suite 310
Woodland Hills CA 91367-6479
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 08/21/2023 | DUR, after 30 days 1.5% | 08/21/2023 | 08/14/2023 | 90008782 |
| **Case Number** | | **Case Name** | | |
| | | Tammy Murillo, et al. vs. City of Los Angeles, et al. | | |

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Conference | 62.00 | Per Page | @ | 4.75 | 300.00 |
| Attendance | | | | 0.00 | 0.00 |
| Expedite Next Day | 62.00 | Per Page | @ | 4.75 | 294.50 |
| Huseby Connect Webconferencing | 3.50 | | @ | 80.00 | 280.00 |
| Litigation Support Services | | | | 175.00 | 175.00 |
| Print/Bind/Package/Shipping | | | | 59.00 | 59.00 |
| Repository Storage/Access/Unlimited Downloads | | | | 0.00 | 0.00 |
| Waiting Time | 0.25 | | | 60.00 | 15.00 |

**TOTAL DUE   >>>       $1,123.50**

Location of Job:  LAW OFFICES OF DALE K. GALIPO
Woodland Hills,  CA  91367

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**


90018395

1 of 1



# Invoice
#90018395

**CORPORATE HEADQUARTERS**
1230 W. MOREHEAD ST.  |  SUITE 102  |  CHARLOTTE, NC 28208

**Dale Galipo Law Offices**
Alejandro Monguia
21800 Burbank Boulevard, Suite 310
Woodland Hills CA 91367-6479
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 8/21/2023 | DUR, after 30 days 1.5% | 8/21/2023 | 08/14/2023 | 90008782 |

| Case Number | Case Name |
|---|---|
|  | Tammy Murillo, et al. vs. City of Los Angeles, et al. |

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Conference | 62.00 | Per Page | @ | 4.75 | 300.00 |
| Attendance | | | | 0.00 | 0.00 |
| Expedite Next Day | 62.00 | Per Page | @ | 4.75 | 294.50 |
| Huseby Connect Webconferencing | 3.50 | | @ | 80.00 | 280.00 |
| Litigation Support Services | | | | 175.00 | 175.00 |
| Print/Bind/Package/Shipping | | | | 59.00 | 59.00 |
| Repository Storage/Access/Unlimited Downloads | | | | 0.00 | 0.00 |
| Waiting Time | 0.25 | | | 60.00 | 15.00 |

**TOTAL DUE   >>>       $1,123.50**

Location of Job:  LAW OFFICES OF DALE K. GALIPO
Woodland Hills, CA  91367

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology depositions and trial, visit us online

---

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

9402
16-1606/1220

DATE September 19, 2023

PAY TO THE ORDER OF   Huseby Global Litigation                    $ 1123.50

One Thousand One Hundred Twenty-Three and 50/100s   DOLLARS

CITY NATIONAL BANK
AN RBC COMPANY
(800) 773-7100
PERSONAL & BUSINESS BANKING

FOR  T. Murillo v. City of L.A.

⑈000940 2⑈  ⑆122016066⑈  224172796⑈

# Alejandro Monguia

| | |
|---|---|
| **From:** | davegalipo@galipolaw.com |
| **Sent:** | Wednesday, October 11, 2023 5:01 PM |
| **To:** | Shannon Leap |
| **Cc:** | Alejandro Monguia; rvalentine@galipolaw.com |
| **Subject:** | FW: You sent a $1,001.88 USD payment |

**From:** service@paypal.com <service@paypal.com>
**Sent:** Wednesday, October 11, 2023 4:59 PM
**To:** davegalipo@galipolaw.com
**Subject:** You sent a $1,001.88 USD payment

Hello, THE LAW OFFICES OF DALE K GALIPO



## You sent $1,001.88 USD to madamecourtreporter@gmail.com

YOUR NOTE TO madamecourtreporter@gmail.com

 Trial Transcript Tammy Murillo vs City of Los Angeles 

Transaction Details

| | |
|---|---|
| **Transaction ID** | **Transaction date** |
| 5AY56576EL004700M | October 11, 2023 |

1

| | |
|---|---:|
| **Money sent** | $1,001.88 USD |

Paid with:

| | |
|---|---:|
| AMEX x-5013 | $1,001.88 USD |

This transaction will appear on your statement as PAYPAL *madamecourtreporter

| | |
|---|---:|
| **You paid** | $1,001.88 USD |
| madamecourtreporter@gmail.com **will receive** | $1,001.88 USD |

## Shipping Address

21800 BURBANK BLVD
SUITE 310
WOODLAND HILLS, CA 91367
United States

Your recipient will have 30 days to create a PayPal account and accept the money. Once they do, we'll transfer it from your account.

Get the Details



2

Help & Contact | Security | Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click Help & Contact.

PayPal Customer Service can be reached at 888-221-1161.

Not sure why you received this email? Learn more

Copyright © 1999-2023 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000417:en_US(en-US):1.6.1:f471903c2b5a0





**davegalipo@galipolaw.com**

---

**From:** Shannon Leap
**Sent:** Friday, October 13, 2023 3:34 PM
**To:** davegalipo@galipolaw.com
**Cc:** Alejandro Monguia; rvalentine@galipolaw.com
**Subject:** FW: Requesting Cost Estimate re Trial Transcripts - Tammy Murillo v. City of L.A.

Hi Dave,

Can we please issue a check for $114 to the court reporter, Marea Woolrich, to be fed ex'd to the address below? This is for the transcripts of the closing arguments in the Murillo Trial for the opp for a new trial. Alejandro, Dave said we can scan and email a copy of the check and tracking number to her so she knows it is coming and can still get the transcript to us quickly.

Marea Woolrich

350 W. 1st Street, Suite 4311,

LA 90012.

Shannon Leap, Associate Attorney | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: sleap@galipolaw.com  www.GalipoLaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

**From:** mareawoolrich@aol.com <mareawoolrich@aol.com>
**Sent:** Friday, October 13, 2023 8:52 AM
**To:** Shannon Leap <sleap@galipolaw.com>
**Subject:** Re: Requesting Cost Estimate re Trial Transcripts - Tammy Murillo v. City of L.A.

Good morning,

A 3-day would be 99.75, and a daily would be 114.

Thank you,

Marea

On Friday, October 13, 2023 at 08:49:35 AM PDT, Shannon Leap <sleap@galipolaw.com> wrote:

Hi Ms. Woolrich,