# EXHIBIT C

# INVOICE

1 of 2



**Huseby.com**
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 763292 | 12/14/2022 | 423938 |
| Job Date | Case No. | |
| 10/27/2022 | 2:21-cv-08738 FMO (AGRx) | |
| Case Name | | |
| Tammy Murillo, et al. vs. City of Los Angeles, et al. | | |
| Payment Terms | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Dale K. Galipo, Esq.
Dale Galipo Law Offices
Suite 310
21800 Burbank Boulevard
Woodland Hills, CA 91367-6479

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Edward Flosi | 136.00 | Pages | @ | 4.450 | 605.20 |
| Litigation Support Services | 1.00 | | @ | 0.000 | 0.00 |
| Repository Storage/Access/Unlimited Downloads | 1.00 | | @ | 0.000 | 0.00 |
| Print/Bind/Package/Shipping | 1.00 | | @ | 25.000 | 25.00 |
| Exhibits - Black & White | 2.00 | Pages | @ | 0.250 | 25.00 |
| Exhibits - Color | 2.00 | | @ | 0.000 | 0.00 |
| Appearance | 1.00 | | @ | 0.000 | 0.00 |

**TOTAL DUE   >>>**                                                **$655.20**

Location of Job : Web Conference All Parties Joining Remotely
Los Angeles, CA 90012

Tax ID: 31-1763752

*Please detach bottom portion and return with payment.*

---

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

8918
16-1606/1220

DATE  12/16/2022

PAY TO THE ORDER OF  Huseby Global Litigation                  $ 655.20

Six hundred fifty five and ——————————— 20/100  DOLLARS

CITY NATIONAL BANK
AN RBC COMPANY
(800) 773-7100
PERSONAL & BUSINESS BANKING

FOR  Tammy Murillo v City of LA

⑈008918⑈ ⑆122016066⑆ 224172796⑈

Email:

# I N V O I C E

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 763292 | 12/14/2022 | 423938 |
| Job Date | Case No. | |
| 10/27/2022 | 2:21-cv-08738 FMO (AGRx) | |
| Case Name | | |
| Tammy Murillo, et al. vs. City of Los Angeles, et al. | | |
| Payment Terms | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Dale K. Galipo, Esq.
Dale Galipo Law Offices
Suite 310
21800 Burbank Boulevard
Woodland Hills, CA 91367-6479

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Edward Flosi | 136.00 | Pages | @ | 4.450 | 605.20 |
| Litigation Support Services | 1.00 | | @ | 0.000 | 0.00 |
| Repository Storage/Access/Unlimited Downloads | 1.00 | | @ | 0.000 | 0.00 |
| Print/Bind/Package/Shipping | 1.00 | | @ | 25.000 | 25.00 |
| Exhibits - Black & White | 2.00 | Pages | @ | 0.250 | 25.00 |
| Exhibits - Color | 2.00 | | @ | 0.000 | 0.00 |
| Appearance | 1.00 | | @ | 0.000 | 0.00 |

**TOTAL DUE   >>>**                              **$655.20**

Location of Job   : Web Conference All Parties Joining Remotely
                     Los Angeles, CA 90012

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Dale K. Galipo, Esq.
Dale Galipo Law Offices
Suite 310
21800 Burbank Boulevard
Woodland Hills, CA 91367-6479

Job No.      : 423938              BU ID       : California
Case No.     : 2:21-cv-08738 FMO (AGRx)
Case Name    : Tammy Murillo, et al. vs. City of Los Angeles, et al.
Invoice No.  : 763292              Invoice Date : 12/14/2022
**Total Due**    : **$655.20**

Remit To:  **Huseby Global Litigation**
           **P.O. Box 6180**
           **Hermitage, PA 16148-0922**

| **PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:                   Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 763292 | 12/14/2022 | 423938 |
| **Job Date** | **Case No.** ||
| 10/27/2022 | 2:21-cv-08738 FMO (AGRx) ||
| **Case Name** |||
| Tammy Murillo, et al. vs. City of Los Angeles, et al. |||
| **Payment Terms** |||
| Due upon receipt, after 30 days 1.5% fee |||

Dale K. Galipo, Esq.
Dale Galipo Law Offices
Suite 310
21800 Burbank Boulevard
Woodland Hills, CA 91367-6479

---

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Dale K. Galipo, Esq.
Dale Galipo Law Offices
Suite 310
21800 Burbank Boulevard
Woodland Hills, CA 91367-6479

Job No.       : 423938           BU ID          : California
Case No.      : 2:21-cv-08738 FMO (AGRx)
Case Name     : Tammy Murillo, et al. vs. City of Los Angeles, et al.
Invoice No.   : 763292           Invoice Date   : 12/14/2022
**Total Due**     : **$655.20**

Remit To:  **Huseby Global Litigation**
           **P.O. Box 6180**
           **Hermitage, PA 16148-0922**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: ||
| Card Number: ||
| Exp. Date: | Phone#: |
| Billing Address: ||
| Zip: | Card Security Code: |
| Amount to Charge: ||
| Cardholder's Signature: ||
| Email: ||