# EXHIBIT D

**RAPID LEGAL INC.**

15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA  91709
accountsreceivable@rapidlegal.com



## INVOICE

| BILL TO | | |
|---|---|---|
| Law Offices of Dale K. Galipo | INVOICE | 8048102 |
| 21800 Burbank Blvd 310 | DATE | 08/18/2023 |
| Woodland Hills, CA 91367 | TERMS | Due on receipt |
| Attn: Alejandro Monguia | | |
| Billing Code: Murillo, Tammy v. LA | | |

ACCOUNT #
146308

| DATE | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| 08/17/2023 | Urgent Urban Area<br>Posted, 08/17/2023<br>PARTY TO SERVE: Chase Mendenhall, Co Los Angeles Fire Department  (Registered Agent: LA City Fire Department)<br>201 N Figueroa St 1250, Los Angeles, CA 90012<br>Subpoena To Appear And Testifyat A Hearing Or Trial In A Civil Action, On Call Agreement | 1 | 170.00 |
| 08/17/2023 | Witness Fees Advanced to Complete Assignment | 1 | 275.00 |
| 08/17/2023 | Credit Card or ACH Processing Fee | 1 | 13.35 |

BILLING CODE: Murillo, Tammy v. LA
CASE #: 221-cv-08738-FMO-AGR
CASE NAME: Murillo, Tammy v. City of Los Angeles

PAYMENT     458.35

BALANCE DUE     **$0.00**

**PAID**

If you have questions about this invoice, please email Accounts Receivable at accountsreceivable@rapidlegal.com or call 909-664-9565

Thank you for choosing Rapid Legal for your legal services needs.

TAX ID #95-4470545