EXHIBIT E

   Shipment Receipt

**Address Information**

| Ship to: | Ship from: |
|---|---|
| Clerks Office Window | Law Offices of Dale K. Galipo |
| First Street Courthouse | Law Offices of Dale K. Galipo |
| 350 W. 1st Street 4th Floor | 21800 Burbank Blvd. Ste. 310 |
| LOS ANGELES, CA 90012 | Woodland Hills, CA 91367 |
| US | US |
| 818-347-3333 | 8183473333 |

**Shipment Information:**
Tracking no.: 770177714954
Ship date: 10/11/2022
Estimated shipping charges: 20.63 USD

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50   LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-876
Your reference:  Murillo v. City of L.A.
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

  Shipment Receipt

**Address Information**

| Ship to: | Ship from: |
|---|---|
| Clerks Office Window | Law Offices of Dale K. Galipo |
| First Street Courthouse | Law Offices of Dale K. Galipo |
| 350 W. 1st Street 4th Floor | 21800 Burbank Blvd. Ste. 310 |
| LOS ANGELES, CA 90012 | Woodland Hills, CA 91367 |
| US | US |
| 818-347-3333 | 8183473333 |

**Shipment Information:**
Tracking no.: 770386764570
Ship date: 11/02/2022
Estimated shipping charges: 20.68 USD

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.10 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-876
Your reference: Rascon
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

    Shipment Receipt

**Address Information**

| Ship to: | Ship from: |
|---|---|
| First Street Courthouse | Law Offices of Dale K. Galipo |
| Clerk's office Window | Law Offices of Dale K. Galipo |
| 350 W. 1st Street 4th Floor | 21800 Burbank Blvd. Ste. 310 |
| LOS ANGELES, CA 90012 | Woodland Hills, CA 91367 |
| US | US |
| 818347-3333 | 8183473333 |

**Shipment Information:**
Tracking no.: 770410683331
Ship date: 11/04/2022
Estimated shipping charges: 20.68 USD

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.10  LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-876
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.





## Shipment Receipt

**Address Information**

Ship to:
Hon. Fernando M. Olguin
U.S. District Court
Clerks Office Window
350 W. 1st Street 4th Floor
LOS ANGELES,  CA
90012
US
818-347-3333

Ship from:
Law Offices of Dale K. Galipo
Law Offices of Dale K. Galipo
21800 Burbank Blvd.
Ste. 310
Woodland Hills,  CA
91367
US
8183473333

**Shipment Information:**
Tracking no.: 771088427865
Ship date: 01/20/2023
Estimated shipping charges:  22.86 USD

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50   LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-876
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



Shipment Receipt

**Address Information**

Ship to: | Ship from:
--- | ---
Hon. Fernando M. Olguin | Law Offices of Dale K. Galipo
United States Courthouse Clerks Off | Law Offices of Dale K. Galipo
350 W. 1st Street 4th Floor | 21800 Burbank Blvd. Ste. 310
LOS ANGELES, CA 90012 | Woodland Hills, CA 91367
US | US
818-347-3333 | 8183473333

**Shipment Information:**
Tracking no.: 772065020979
Ship date: 05/05/2023
Estimated shipping charges:  22.56 USD

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Priority Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50   LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-876
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**RAPID LEGAL INC.**

15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA 91709
accountsreceivable@rapidlegal.com



## INVOICE

BILL TO
Law Offices of Dale K. Galipo
21800 Burbank Blvd 310
Woodland Hills, CA 91367
Attn: Alejandro Monguia
Billing Code: Murillo, Tammy v. LA

INVOICE    8076881
DATE       08/22/2023
TERMS      Due on receipt

ACCOUNT #
146308

| DATE | DESCRIPTION | QTY | AMOUNT |
| --- | --- | --- | --- |
| 08/22/2023 | Courtesy Copy Delivery (over 50 pages) Urban Court On-Demand<br>Chamber's copy(s) delivered (District Court), 08/22/2023<br>First Street Federal Courthouse<br>350 W 1st Street, Los Angeles, CA, 90012<br>Third Amended Pretrial Exhibit Stipulation, Notice Of Lodging Of Proposed Pretrial Conference Order, Joint Brief Re Disputed Trial Exhibits, Identification Only Exhibit List, Notice Of Errata Re Third Amended Pretrial Exhibit Stipulation Corrected Stipulation, Notice Of Lodging Of Proposed Order Re Physical Exhibitsevidence | 1 | 205.00 |
| 08/22/2023 | Large Document Set Up (ea. page over 50) - Courtesy Copy | 280 | 140.00 |
| 08/22/2023 | Credit Card or ACH Processing Fee | 1 | 10.35 |

BILLING CODE: Murillo, Tammy v. LA
CASE #: 221-cv-08738-FMO-AGR
CASE NAME: Murillo, Tammy v. City of Los Angeles

PAYMENT                355.35

BALANCE DUE            **$0.00**
                       **PAID**

If you have questions about this invoice, please email Accounts Receivable at accountsreceivable@rapidlegal.com or call 909-664-9565

Thank you for choosing Rapid Legal for your legal services needs.

TAX ID #95-4470545

Page 1 of 1



## Shipment Receipt

**Address Information**

Ship to:
Hon. Fernando M. Olguin
MANDATORY CHAMBERS COPY
350 W. 1st Street
Clerk's Office, 4th Floor
LOS ANGELES,  CA
90012
US
(213) 894-1565

Ship from:
Law Offices of Dale K. Galipo
Law Offices of Dale K. Galipo
21800 Burbank Blvd.
Ste. 310
Woodland Hills,  CA
91367
US
8183473333

**Shipment Information:**
Tracking no.: 773420550256
Ship date: 09/14/2023
Estimated shipping charges:  22.76 USD

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.25   LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-876
Your reference:  Murillo v. City of LA
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



## Shipment Receipt

**Address Information**
Ship to:
 Hon. Fernando M. Olguin
 Mandatory Chambers Copy
 350 W. 1st Street
 Clerk's Office, 4th Floor
 LOS ANGELES, CA
 90012
 US
 2138941565

Ship from:
 Law Offices of Dale K. Galipo
 Law Offices of Dale K. Galipo
 21800 Burbank Blvd.
 Ste. 310
 Woodland Hills, CA
 91367
 US
 8183473333

**Shipment Information:**
Tracking no.: 773815577427
Ship date: 10/20/2023
Estimated shipping charges:  27.73 USD

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Box
Number of packages: 1
Total weight: 5   LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-876
Your reference:  Murillo v. City of LA
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.