# EXHIBIT F

|  |  |  |
|---|---|---|
| Regular Total | | 89.23 |
| Discounts | | 18.19 |
| Priority Print Fee | Qty 1 | 35.00 |
| Priority Print $100+ | 1 @ | 35.0000 T |
| 051952 Reg. Price | 35.00 | |
| Price per piece | | 35.00 |
| Regular Total | | 35.00 |
| Discounts | | 0.00 |
| Sub-Total | | 259.93 |
| Tax | | 24.69 |
| Deposit | | 0.00 |
| Total | | 284.62 |

*************** PURCHASE ***************
APPROVED

| Total: | $284.62 |
|---|---|
| Card Type: | AMEX |
| Card Entry: | CHIP |
| Acct #: | ***********5013 |
| Approval Code: | 846408 |

************ EMV PURCHASE *************

| App Label: | AMERICAN EXPRESS |
|---|---|
| Mode: | Issuer |
| AID: | A000000025010801 |
| TVR: | 0000008000 |
| IAD: | 06590103A02002 |
| TSI: | E800 |
| ARC: | |
| AC: | 2584AB71D90A263B |
| CVM: | 5E0300 |

| Total Tender | 284.62 |
|---|---|
| Change Due | 0.00 |

Total Discounts    37.24

*2501003021*

Tell us how we did and get $5 off your next purchase of $30 --

---

Promo Code visit fedex . . . or more . . .

FedEx Office

PLUS 5 5 INCH BINDERS

FedEx Office is your destination
for printing and shipping.

Murillo - Trial Exhibits

21937 Ventura Blvd
Woodland Hills, CA 91364
Tel: (818) 884-4465

8/21/2023                    4:10:07 PM PST

Team Member: Dexter T.
Customer: karen slyapich
Account #: XXXXXX9814-0000
Account: LAW OFFICES OF DALE K GALIPO

SALE

| Black & White | Qty 5 | 153.89 |
|---|---|---|
| BW 1S Copy/Print | 635 @ | 0.2200 T |
| 000001 Reg. Price | 0.25 | |
| Drill Per Sheet | 635 @ | 0.0200 T |
| 000371 Reg. Price | 0.02 | |
| Drilling Setup | 1 @ | 1.4900 T |
| 000372 Reg. Price | 1.49 | |
| Price per piece | | 30.78 |
| Regular Total | | 172.94 |
| Discounts | | 19.05 |
| Color Copies | Qty 1 | 71.04 |
| CLR 1S Copy/Print | 107 @ | 0.6300 T |
| 000173 Reg. Price | 0.80 | |
| Drill Per Sheet | 107 @ | 0.0200 T |
| 000371 Reg. Price | 0.02 | |
| Drilling Setup | 1 @ | 1.4900 T |
| 000372 Reg. Price | 1.49 | |
| Price per piece | | 71.04 |