**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Maro Burunsuzyan, Esq. (SBN 175369)
**LAW OFFICES OF MARO BURUNSUZYAN**
2600 West Olive Avenue
Suite 500
Burbank, CA 91505
Telephone: (818)507-5188
Facsimile: (818 507-5199

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MURILLO, an individual, and as Successor in Interest to JESSE MURILLO, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a GOV'T entity; FRED SIGMAN; and CHRISTOPHER MONTAGUE,<br><br>Defendants. | Case No. 2:21-CV-08738 FMO (AGRx)<br><br>*Hon. Fernando M. Olguin, Crtrm. 6D*<br>*Mag. Alicia G. Rosenberg, Crtrm. 550*<br><br>**DECLARATION OF SHANNON J. LEAP IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>[*Notice of Motion and Motion; Declarations and attached Exhibits filed concurrently herewith*] |

## DECLARATION OF SHANNON J. LEAP

1. I, Shannon J. Leap, hereby declare as follows:

2. I am an attorney duly admitted to practice before this honorable court and I am one of the attorneys of record in the instant matter. I have personal knowledge of the facts set forth herein, and could and would testify competently thereto if called. I make this declaration in support of Plaintiffs' Motion for Attorneys' Fees.

3. I received my bachelor's degree in Environmental Analysis with Honors from Pitzer College in 2015.

4. From 2015 to 2016, I worked as a grassroots organizer on several environmental campaigns, focusing on persuasive messaging and oral advocacy. From 2016 to 2018, I worked as a community-based researcher with the UCLA Social Justice Research Partnership, focusing on ethnographic research, writing, and editing.

5. I received my J.D. degree from Loyola Law School in Los Angeles, California, in 2021, where I was selected to participate in two live-client clinics at the Center for Juvenile Law and Policy. As a certified law student in the Juvenile Innocence and Fair Sentencing Clinic, I researched and wrote an Appellant's Opening Brief, filed in the California Court of Appeal, arguing that my indigent and incarcerated client was entitled to a resentencing hearing in juvenile court, given changes in Federal and State law since his original sentencing approximately 15 years earlier. In November of 2021, I presented oral argument of the brief to the Court and the Panel issued a ruling in my client's favor soon thereafter. I was also selected to join Loyola Law School's Civil Rights Litigation Practicum, a year-long course focusing on § 1983 litigation, research, and writing. For the second semester of that course, I externed as a certified law student with the noted Los Angeles civil rights attorney, Carol Sobel.

6. I passed the California bar exam November 2021 and was admitted to the California Bar in December 2021. I am admitted to practice in the United States District Court for the Central District of California, as well as the United States District Court for the Southern District of California.

7. After taking the bar exam, I worked as a certified law clerk and then Staff Attorney at the Children's Law Center in Monterey Park, California until June 2022.

8. I began working full-time as a civil rights attorney at the Law Offices of Dale K. Galipo at the end of June 2022. Since joining the firm as an attorney, I have worked almost exclusively on civil rights actions brought under 42 U.S.C. § 1983, nearly all of which involve police use of excessive force, in all aspects of the case. I am currently the primary associate attorney at our office responsible for the day-to-day management of approximately sixteen federal and state civil rights cases. In most of these cases, the alleged civil rights violations resulted in death.

9. During my time as a civil rights litigator, my work has directly contributed to several high six-figure and seven-figure settlements and jury verdicts in civil rights police excessive force cases. The finalized settlements and verdicts in cases with which I assisted include:

- Six-figure settlement in police shooting case, *Verdugo v. City of El Centro*, (May 2023).
- Six-figure settlement in a non-fatal police shooting case *Duran v. City of West Covina* (July 2023).
- $23.8 million jury verdict in *Murillo v. City of Los Angeles* (police shooting) (August 2023).

10. I began working on this case in September of 2022, from the time our firm entered the case. This consisted of reviewing the fact discovery conducted in the case, including party and witness depositions, document discovery, and preparing to retain and disclose expert witnesses soon thereafter. Following expert

2:21-CV-08738 FMO (AGRx)
DECLARATION OF SHANNON J. LEAP IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

witness disclosures and discovery period, including depositions, I participated in pretrial preparations. This included the meeting of counsel pursuant to Local Rule 16-2, preparing pre-trial documents, conferring with counsel on joint pretrial documents, identifying exhibits, and identifying witnesses for trial. The trial for this case was initially set for February 14, 2023, though was ultimately continued to August 22, 2023, and I served as second chair to Mr. Galipo throughout trial. I have also drafted and opposed post-trial motions in this matter.

11. I have not previously received an attorneys' fee award in any case.

12. From June 2022 to the present, I have been continuously trained by Mr. Galipo. As is evidenced by the declarations in support of Mr. Galipo's fee request in this case, Mr. Galipo is widely regarded as the top plaintiff's attorney for police excessive force cases in the nation. I have seen firsthand that Mr. Galipo achieves extraordinary results in the most difficult police excessive force cases, including this one. Our firm is one of the only firms in California that exclusively represents plaintiffs in police excessive force cases involving serious injury or death. Our firm's work has vastly contributed to the development of police excessive force jurisprudence in California's four federal districts and in the Ninth Circuit Court of Appeals.

13. A copy of my time records for this case is attached hereto as "**Exhibit 1**." My billing statement does not reflect any work performed by paralegals or other assistants supporting me. My billing statement does not include time spent performing purely administrative tasks such as filing, organizing, or preparing copies of documents.

14. I was personally involved in the work set forth in my billing statement, and I can personally attest that it has been reasonably expended in pursuit of the litigation.

15. The number of hours claimed in my billing statement for this action is reasonable and well-documented. I kept contemporaneous time records for the work I performed in this case. I conducted only that document review, drafting, and other work as was necessary. Other expenses were kept to a minimum.

16. I am respectfully requesting an hourly rate of $400 for time and work I spent on this case. I devoted 432.20 hours to this action.

17. I believe that my hourly rate is reasonable and in line with those prevailing in the community for similar services by lawyers of comparable skill, experience, and reputation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of November 2023, at Woodland Hills, California.

       */s/ Shannon J. Leap*
       Shannon J. Leap

# EXHIBIT 1

Shannon J. Leap, Esq.
*Murillo v. City of Los Angeles, et al.;*  Case No.: 2:21-cv-08738-FMO-AGR
Timekeeping Record

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 8/29/22 | Review video footage and LA DA JSID report | 0.50 |
| 9/9/22 | Meeting in house re: new case and substitution of attorney (.6), drafting stip for substitution of attorney (.4) | 1.00 |
| 9/12/22 | Substitution of Attorney (Review/Discussion) | 2.50 |
| 9/12/22 | Talking with Expert Richard Bryce for Disclosures, correcting fee split division agreement, prepping expert designations | 1.50 |
| 9/19/22 | Prepping packet and retainer for Dr. Omalu | 0.50 |
| 9/23/22 | Reviewing case file from prior attorney Rodney diggs | 3.00 |
| 9/26/22 | Reviewing BWC and some interview transcripts, prepping summary for Dr. Omalu, emailing defense counsel re: M+C for the protective order/videos | 4.50 |
| 9/27/22 | Visiting Scene | 1.00 |
| 9/28/22 | Case discussion with Dr. Omalu | 1.00 |
| 9/29/22 | Case discussion and quote from video expert Scott Holdaway | 2.00 |
| 10/3/22 | Drafting ex parte application re: body worn camera confidentiality designations, call w/video expert Scott holdaway | 0.50 |
| 10/5/22 | Review Expert Reports, Discussion in house re: ex parte to de-designate the BWC (.8) | 3.00 |
| 10/6/22 | Drafting ex parte application to de-designate body worn cameras, including research and writing | 8.00 |
| 10/7/22 | Drafting Ex Parte App, call Opposing Counsel to Notify | 4.50 |
| 10/10/22 | Prepping Rule 26 disclosures and expert reports, reading Dr. Omalu's report, and Scott Holdaway's report, ex parte motion | 7.00 |
| 10/11/22 | Finalizing and Filing ex Parte application to de-designate Body worn camera footage | 8.00 |
| 10/12/22 | Case discussion with retained experts, reviewing opp to ex parte | 1.00 |
| 10/17/22 | Reviewing defense Police practices expert report | 1.00 |
| 10/18/22 | Reviewing defense expert medical and police practices report | 1.50 |
| 10/24/22 | reviewing new BWC videos (w/o designation) and emailing co counsel | 1.50 |
| 10/25/22 | Case discussion with retained experts | 0.50 |
| 10/26/22 | reviewing Plaintiff Tammy Murillo's deposition transcript, reviewing BWC and other materials to prepare for expert depositions | 2.75 |
| 10/27/22 | observing Plaintiff counsel's deposition of defense expert Ed Flosi | 3.00 |
| 10/28/22 | Prepare response to Court's OSC and discuss in house | 0.70 |

| Date | Description | Hours |
|---|---|---|
| 10/31/22 | reviewing OSC rules and research, discuss trial preparation in house (.4) | 6.00 |
| 11/1/22 | communicating with experts re depo schedules and writing OSC response | 8.00 |
| 11/2/22 | Finalizing OSC response and mediation brief | 5.00 |
| 11/3/22 | communicating with client (.75) re mediation expectations, finalizing mediation brief, correcting/rescheduling expert depos, reading Plaintiff Depo | 7.00 |
| 11/4/22 | Mediation and status report update drafting | 3.00 |
| 11/9/22 | rescheduling expert depos | 0.50 |
| 11/10/22 | reviewing Richard Bryce's report and records reviewed. | 1.50 |
| 11/11/22 | call with Richard Bryce (.5), independently reviewing deposition transcripts, and expert report (1.5) | 2.00 |
| 11/15/22 | Call with client | 1.00 |
| 11/17/22 | prepping for depo of Richard Clark - reading transcripts and making outline | 4.00 |
| 11/21/22 | Prepping outline for depo of Richard Clark | 2.50 |
| 11/28/22 | reviewing case file for exhibit prep | 2.00 |
| 11/29/22 | Observing Dr. Omalu's Deposition, prep call with Dr. Omalu (.5), prepping stipulation to continue pretrial dates and proposed order | 4.50 |
| 12/1/22 | reviewing file, finalizing stipulation, and filing stipulation to continue pretrial dates | 2.00 |
| 12/2/22 | Prepare for Richard Bryce Depo (1.5), and depo (2) | 3.50 |
| 12/13/22 | Discussion with retained expert Scott Holdaway re: calendaring issues w/Scott Holdaway deposition and emailing opp c. | 0.50 |
| 12/28/22 | Drafting Meet and Confer letter re: MILs, reviewing Tammy Murillo deposition transcript, call with Client Tammy Murillo (1) | 3.00 |
| 12/30/22 | Drafting MCFL, and listening to 911 dispatch calls. | 7.00 |
| 1/3/23 | Discussion of continuation of pretrial dates in house (.5), reviewing Mark Guerrero's depo transcript (2.5), meeting with client (.5), prepping stipualation (.5) and reviewing Montague's statement and depo transcript (3) | 7.00 |
| 1/4/23 | Reviewing and taking notes on Montague's deposition Transcript, Vidal's deposition transcript | 0.75 |
| 1/5/22 | Developing pretrial documents plan and reviewing potential exhibits/exhibit list | 2.50 |
| 1/6/23 | Pre-Trial Documents (P's MIL, editing MCFL, editing Exhibit list) (4) reviewing photos of decedent, BWC videos) (4) | 8.00 |
| 1/9/23 | Reviewing Sigman's deposition transcript, P's MIL No. 2 (criminal history/bad acts) (.5), and drafting No. 3 (agency findings and info unknown) (1.2), reviewing pretrial docs, discussing court order for private mediation in house (.4) | 1.60 |

| | | |
|---|---|---|
| 1/10/23 | meet and confer with Opposing Counsel re: MILs (.75), conversation w/client (.5), and reviewing Sigman's depo transcript. | 4.00 |
| 1/11/23 | Drafting MIL #3, Reviewing discovery materials, reviewing Omalu's report | 4.00 |
| 1/12/23 | Drafting oppositions to defendant's MILs, revising exhibit stipulation, setting up settlement conference | 11.00 |
| 1/13/23 | Finalizing and filing MIL Opps, and all pre trial documents, including editing and discussing joint jury instructions in house (.8), reviewing pretrial exhibit stipulation, plaintiff's witness list, joint and disputed jury instructions | 11.50 |
| 1/16/23 | Submitting proposed orders, reviewing chambers copies | 0.25 |
| 1/19/23 | Drafting MILS Replies | 4.00 |
| 1/20/23 | Finalizing and filing MILS replies | 6.00 |
| 1/24/23 | Reviewing depo transcripts, medical records, and trial preparation | 7.00 |
| 1/25/23 | Reviewing file | 4.00 |
| 1/26/23 | Reviewing case file | 5.00 |
| 1/27/23 | Reviewing case file | 4.50 |
| 1/30/23 | call with client and notes | 0.25 |
| 2/1/23 | Sending list of proposed mediators to Court | 0.25 |
| 2/21/23 | Contacting Margaret Morrow's office and looking for mediation dates | 0.50 |
| 3/8/23 | Scheduling mediation | 0.50 |
| 3/16/23 | re-scheduling mediation/getting new dates | 0.50 |
| 3/20/23 | internal follow up re: mediation dates | 0.50 |
| 3/21/23 | scheduling mediation with Judge Morrow | 0.25 |
| 3/28/23 | Drafting Stipulation to extend settlement completion cutoff date | 0.50 |
| 3/31/23 | Finalizing and filing stipulation to extend settlement completion cutoff date | 1.00 |
| 4/18/23 | Editing meditation breif | 2.50 |
| 4/19/23 | Call with client | 0.50 |
| 4/21/23 | Editing meditation breif | 1.00 |
| 4/28/23 | Coordinating w/client and cocounsel re: mediation attendance | 0.50 |
| 5/1/23 | Case Meeting w/Dale Galipo and Cooper Allison-Mayne | 0.50 |
| 5/2/23 | Trial prep (editing amended pre-trial docs), meeting with DKG, re-listening to dispatch tapes | 6.00 |
| 5/3/223 | Editing Exhibit Stipulation and witness list (1) and settlement update to file; review court order continuing the pretrial conference and discuss in house (0.4); discuss amendments to the exhibit and witness list in house (0.3). | 1.70 |
| 5/4/23 | Drafting request to reinstate trial date, Meet and confer w/OppC re: new trial date (.5), requesting subpoenae'd VA Records from former counsel, call with Tammy Murillo (.5) | 4.00 |

| Date | Description | Hours |
|---|---|---|
| 5/5/23 | Drafting application to file under seal (2), contacting Opp C re: whether they would oppose filing under seal (.5), filing app under seal (.5) | 4.00 |
| 5/8/23 | email former Plaintiff's counsel re: subpoenaed VA records | 0.25 |
| 5/11/23 | notifying experts that the trial date has moved from 5/23 | 0.50 |
| 5/15/23 | Review court order resetting the trial date and discuss in house | 0.20 |
| 5/16/23 | Contacting Experts that trial date was moved to 6/28/2023 | 0.50 |
| 5/18/23 | Conferring w/Cocounsel by email re: proposed new trial dates | 0.50 |
| 5/22/23 | reviewing draft of stip to continue trial date | 1.00 |
| 5/24/23 | discussion in house re: stip to continue trial date (.3), reviewing and editing stip to continue trial date (.7). | 1.00 |
| 5/25/23 | Reviewing and editing stip to continue trial date | 0.50 |
| 7/14/23 | Trial prep meeting in house | 1.00 |
| 7/18/23 | Reviewing file and organizing for trial prep, contacting experts | 3.00 |
| 7/20/232 | Prep for meeting with police practices expert Richard Bryce (2.5) and meeting (1) | 3.50 |
| 7/21/23 | Meeting with co-counsel and trial prep | 1.00 |
| 7/31/23 | trial preparation | 1.00 |
| 8/2/23 | reviewing exhibits | 4.00 |
| 8/3/23 | reviewing bodycam footage and statements of defendants | 4.00 |
| 8/4/23 | Trial prep meeting in house | 1.00 |
| 8/8/23 | coordinating calling paramedics and treating physicians for subpoenas | 0.50 |
| 8/8/23 | Trial preparation meeting in house | 0.50 |
| 8/9/23 | Coordinating with Santiago re: Flights and hotel for Richard Bryce (.5), reviewing Montague and Sigman statemetns and depositions | 4.50 |
| 8/10/23 | Trial prep meeting w/DKG (.25), call with Dr. Omalu (.25), Coordinating with support staff re: exhibit books (.5) | 1.00 |
| 8/11/23 | Final Pre-Trial Conference (.5 driving, 1 hour prep, hearing .5hr, and post-hearing meeting with co-counsel 1 hr, driving to office: .75), drafting admitted facts for FPTCO (4), coordinating to schedule court reporter for meet and confer (.25), editing BL draft of request for additional time (.5) | 8.50 |
| 8/12/23 | Drafting and editing Admitted Facts for FPTCO | 4.00 |
| 8/14/23 | Printing exhibits and prepping for Meet and confer (2), Meet and confer (3), editing witness list, stipulation/request for 8 hours, reviewing pretrial stipulation (1), editing and organizing exhibits (3), reviewing disputed jury instructions (1), confirming flight info for experts (.5) | 10.50 |
| 8/15/23 | Editing pre-trial documents (pretrial exhibit stipulation, joint and disputed jury instructions, PTCO w/Facts), email with OppC re: exhibits. | 9.00 |

| Date | Description | Hours |
|---|---|---|
| 8/16/23 | Editing Pretrial docs for filing, providing instructions to legal assistants re: chambers copies | 9.00 |
| 8/17/23 | Prepping for FPTC (reviewing pretrial docs and exhibits) | 1.50 |
| 8/18/23 | filing second amended pre trial exhibit stip and updated index of disputes (1), prep for FPTC (1), FPTC (.5), scheduling court reporter for second M+C with oppC(1.5), meet and confer (2.5), prep for Meet and confer (1) | 7.50 |
| 8/19/23 | Meet and confer with Opp C re: pretrial exhibit stipulation (1.5), review and edit joint brief re: disputied exhibits, pretrial exhibit stipulation, meet and confer dispute index, and PCTO | 15.00 |
| 8/20/23 | editing joint breif re: disputed exhibits, conferring w/OppC re: delivering binder of disputed exhibits and prepping dropbox for the flashdrives. | 8.00 |
| 8/21/23 | filing Joint breif of disputed exhibits, reviewing exhibits (3), confer with former counsel re: original copies of depositions (.5). Filing proposed order for physical evidence (.5), filing notice of errata and corrected third amended exhibit stip (1); trial preparation (5.5) | 10.50 |
| 8/22/23 | Trial day 1 (10.5); travel to and from courthouse (1) | 11.50 |
| 8/23/23 | Trial Day 2 (10); travel to and from courthouse (1) | 11.00 |
| 8/24/23 | Trial Day 3 (8); travel to and from courthouse (1) | 9.00 |
| 8/25/23 | Trial Day 4 (10.5); travel to and from courthouse (1) | 11.50 |
| 9/5/23 | Reviewing proposed judgment | 0.25 |
| 9/13/23 | discussion in house re: stip to extend briefing scheduling (.2) Prepping stip to extend post trial motion dates (.8) | 1.00 |
| 10/6/23 | reading Defendants' Motion for new trial, requesting trial transcripts from court reporters | 1.50 |
| 10/10/23 | emailing John Fattahi re: Opp to Motion for new trial, reviewing trial notes | 1.00 |
| 10/11/23 | Reading John Fattahi memo (1), telephonic conference with court reporter (1) and coordinating payment for transcripts (.5) | 2.50 |
| 10/13/23 | emailing with Court reporter re: transcripts for Opp to Motion for New Trial, drafting Opp, reading court orders on MILS | 2.00 |
| 10/16/23 | Drafting Opp to Motion for a new trial, emailing court reporter re: transcripts | 2.00 |
| 10/17/23 | Drafting Opp to Motion for a new trial (research and writing) | 8.00 |
| 10/18/23 | Drafting Opp to defendants' motion for new trial | 8.00 |
| 10/19/23 | Drafting and finalizing Opp, researching verdicts | 12.00 |
| 11/2/23 | Transferring timesheet for exhibit to Declaration for Motion for Attorney's fees | 4.00 |

| | | |
|---|---|---|
| 11/7/23 | Reviewing Declaration of Carol A. Sobel for Motion for attorney's fees (.5), reviewing Declaration of Rodney S. Diggs for Motion for attorney's fees (.5), reviewing drafted Motion for Attorneys fees (.5), and reviewing timesheet for Motion for Attorney's Fees (3) | 4.50 |
| | TOTAL TIME | 432.20 |