1 **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
2 E-mail: dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
3 Woodland Hills, CA 91367
Tel: (818) 347-3333
4 Fax: (818) 347-4118

5 Maro Burunsuzyan, Esq. (SBN 175369)
**LAW OFFICES OF MARO BURUNSUZYAN**
6 2600 West Olive Avenue
Suite 500
7 Burbank, CA 91505
Telephone: (818)507-5188
8 Facsimile: (818 507-5199

9 *Attorneys for Plaintiff*

10

11

12 **UNITED STATES DISTRICT COURT**

13 **CENTRAL DISTRICT OF CALIFORNIA**

14

15 TAMMY MURILLO, an individual, and as Successor in Interest to JESSE
16 MURILLO, deceased,

17                         Plaintiff,

18             v.

19

20 CITY OF LOS ANGELES, a GOV'T entity; FRED SIGMAN; and
21 CHRISTOPHER MONTAGUE,

22                         Defendants.

23

| Case No. 2:21-CV-08738 FMO (AGRx) |
| *Hon. Fernando M. Olguin, Crtrm. 6D* |
| *Mag. Alicia G. Rosenberg, Crtrm. 550* |

**DECLARATION OF COOPER ALISON-MAYNE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

[*Notice of Motion and Motion; Declarations and attached Exhibits filed concurrently herewith*]

24

25

26

27

28

2:21-CV-08738 FMO (AGRx)

DECLARATION OF COOPER ALISON-MAYNE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

1

**DECLARATION OF COOPER ALISON-MAYNE**

2

    1.     I, Cooper Alison-Mayne, hereby declare as follows:

3

    2.     I am an attorney duly admitted to practice before this honorable court

4

and I am one of the attorneys who assisted on this case. I have personal knowledge

5

of the facts set forth herein, and could and would testify competently thereto if

6

called. I make this declaration in support of Plaintiffs' Motion for Attorneys' Fees.

7

    3.     I received my bachelor's degree from St. John's College, Santa Fe,

8

New Mexico.

9

    4.     I received my J.D. degree from University of California, Los Angeles

10

School of Law. In 2021, I graduated from law school. At UCLA, I expanded my

11

knowledge in civil rights and police misconduct through a range of specialized

12

courses.

13

    5.     I passed the California bar exam on the first try and was admitted to the

14

California Bar in March, 2022.

15

    6.     After law school I served as a Judicial Law Clerk for the Honorable

16

William J. Martinez at the US District Court in Colorado. As a clerk, I conducted

17

extensive legal research, analyzed complex legal issues, drafted orders, and

18

provided support to Judge Martinez during trials and hearings. These experiences

19

honed my writing, communication, and research skills.

20

    7.     I began working at the Law Offices of Dale K. Galipo in March of

21

2023. During my time here, I have worked exclusively on § 1983 actions. As of this

22

date I have assisted in more than forty cases. My work has contributed to numerous

23

high six-figure and seven-figure settlements and jury verdicts in civil rights police

24

excessive force cases, including:

25

- $10 million jury verdict in *Najera v. County of Riverside* (police shooting)

26

   (April 2023)

27

28

2:21-CV-08738 FMO (AGRx)

- $7.9 million settlement in *Martinez v. Ontario Police Department* (police shooting) (June 2023)
- $1.5 million settlement in *Cruz v. County of Riverside* (police excessive force) (July 2023)
- $2.7 million settlement in *Michaelidis v. City of Los Angles* (police shooting) (October 2023)
- $350 thousand settlement in *Avitia v. County of Los Angeles* (police shooting) (October 2023)

8.    I am admitted to practice law in the Central and Eastern Districts of California.

9.    I worked on this case in the weeks prior to trial, in July and August of 2023.

10.    In this case, my duties encompassed analyzing witness statements and depositions, synthesizing summaries, and actively contributing to multiple trial strategy discussions.

11.    A copy of my time records for this case is attached hereto as "**Exhibit 1**." My billing statement does not reflect any work performed by paralegals or other assistants supporting me. My billing statement does not include time spent performing purely administrative tasks such as filing, organizing, or preparing copies of documents.

12.    I was personally involved in the work set forth in my billing statement, and I can personally attest that it has been reasonably expended in pursuit of the litigation.

13.    The number of hours claimed in my billing statement for this action is reasonable and well-documented. I kept contemporaneous time records for the work I performed in this case.

14.    I am respectfully requesting an hourly rate of $400 per hour for my

DECLARATION OF COOPER ALISON-MAYNE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

work on this case. I devoted 10.2 hours to this action over the course of two weeks.

15.    I believe that my hourly rate is reasonable and in line with those prevailing in the community for similar services by lawyers of reasonable comparable skill, experience and reputation.


I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of November 2023 at Woodland Hills, California.


_____/s/ Cooper Alison-Mayne_____
Cooper Alison-Mayne

DECLARATION OF COOPER ALISON-MAYNE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

# EXHIBIT 1

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 7/14/2023 | Trial preparation planning meeting with team | 1.3 |
| 7/20/2023 | Trial preparation - Review and summarize witness statements & deposition transcripts | 1 |
| 7/21/2023 | Trial preparation - Review and summarize witness statements & deposition transcripts | 2 |
| 7/21/2023 | Trial preparation planning meeting with team | 0.5 |
| 7/24/2023 | Trial preparation - Review and summarize witness statements & deposition transcripts | 2.5 |
| 8/4/2023 | Trial preparation planning meeting with team | 0.7 |
| 8/8/2023 | Trial preparation - Review and summarize witness statements & deposition transcripts | 1.5 |
| 8/8/2023 | Trial preparation planning meeting with team | 0.7 |
| | **TOTAL** | 10.2 |