Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

Maro Burunsuzyan, Esq. (SBN 175369)
**LAW OFFICES OF MARO BURUNSUZYAN**
550 N. Brand Blvd., Suite 1050
Glendale, California 91203
Telephone:  (818)507-5188
Fascimile:   (818)507-5199

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMY MURILLO, an individual and as successor in interest to JESSE MURILLO, deceased,<br><br>                   Plaintiff,<br>Vs.<br><br>CITY OF LOS ANGELES, FRED SIGMAN; CHRISTOPHER MONTAGUE,<br><br>Defendants. | Case No. 2:21-cv-08738 FMO (AGRx)<br><br>*Hon. Fernando M. Olguin, Ctrm. 6D*<br>*Mag. Alicia G. Rosenberg, Ctrm. 550*<br><br>**DECLARATION OF KAREN SLYAPICH IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>[*Notice of Motion and Motion; Declarations and attached Exhibits filed concurrently herewith*] |

## DECLARATION OF KAREN SLYAPICH

I, Karen Slyapich, declare as follows:

1. I am a litigation assistant/paralegal currently employed by the Law Offices of Dale K. Galipo. I make this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2. I have been working in the legal field for approximately 29 years, with experience in both state courts and federal courts, working as a legal assistant, a litigation assistant, a paralegal, an office manager, and Assistant Vice President at Bank of America in their litigation defense department where I was responsible for training personnel under my supervision in the areas of: (1) understanding requirements in both state and federal courts across the United States; (2) analysis of pleadings, identification of causes of action and affirmative defenses; (3) assessment of potential risk, magnitude of financial and reputational exposure; (4) factual research, investigation, evaluation and preparation of documentary evidence for trial; (5) how to calendar deadlines and respond to discovery; (6) how to testify in depositions and trials; and (7) how to conduct settlement negotiations and present recommendations to senior management. I obtained my paralegal certificate from the University of California, Dominguez Hills in 2014 and I am a California Notary Public.

3. In August 2016, I joined the Law Offices of Dale K. Galipo, where I currently work as a litigation assistant/paralegal. During the past seven years I have been the primary litigation assistant assigned to Mr. Galipo and three of his associate attorneys. I have worked on over 100 cases from pre-litigation to trial. I am currently assigned to support Mr. Galipo's associates with their day-to-day tasks in approximately 50 cases.

4. My daily responsibilities at the Law Offices of Dale K. Galipo include: evaluating prospective cases, including by speaking with prospective clients directly, and gathering the information and documents necessary to make an informed determination regarding each case; drafting the templates for various documents at all stages of litigation; calendaring the dates set forth in the case management or scheduling orders of each case I am assigned to, including by calculating dates pursuant to the controlling local rules when no date has been explicitly set forth; reviewing documents produced during discovery to advise the attorneys of what was received, as well as creating lists of involved persons and their roles during the incident at issue; working with the clients to coordinate discovery and gathering documentation from them; coordinating with defense counsel and third parties for the scheduling of depositions, meet and confers, managing deadlines and miscellaneous case issues; reviewing produced discovery and identifying potential witnesses; drafting and serving subpoenas for depositions and the production of documents; filing pleadings with both state and federal courts; reviewing all local rules and requirements for cases in different districts and states to ensure we are in compliance; maintaining up-to-date litigation costs and expense worksheets for each case I am assigned to; preparing counsel for hearings and trial by preparing binders and boxes with all relevant documents, tabbed and indexed.

5. As of this date I have spent 16.7 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action.

6. Currently paralegal fees are awarded at a rate of between $150-$325 per hour and I am respectfully requesting an hourly fee of $225 based on my years of experience and that I have not increased my billing rate in over two years. I currently have an hourly fee of $200 which was previously granted in that matter entitled *Donastorg v City of Ontario*, Case 5:18-cv-00992-JGB-SP, Docket 136 and

1 more recently in the matter entitled *Paola French, et al. v. City of Los Angeles, et al.* Case 5:20-cv-00416-JGB-SP, Docket 165.

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed on November 7, 2023, at Woodland Hills, California.

*[signature]*

Karen Slyapich

# EXHIBIT 1

Karen Slyapich  
Timekeeping Record

Tammy Murillo v. City of Los Angeles et al  
Case No.2:21-cv-08738-FMO-AGR

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 8/7/23 | Review case files and extract all witness and defendant statements/interview and depostion transcripts for trial preparation | 3.30 |
| 8/8/23 | Review case files and extract all witness and defendant statements/interview and depostion transcripts for trial preparation | 2.40 |
| 8/9/23 | Begin preparation of trial work boxes, printing and tabbing witness and defendant statements and depositions | 4.70 |
| 8/10/23 | Continue work of trial work boxes, printing and tabbing witness and defendant statements and depositions; Locate all expert reports and depositions, print and add to trial work boxes | 3.60 |
| 8/17/23 | Work on trial exhibits, print, create clerk tabs, exhibit markers, pull binders and create binder cover and spine identifiers; Review trial boxes and reprint pulled statements, depositions and reports | 3.20 |
| 8/21/23 | Complete trial preparation of work boxes, exhibit binders and deposition transcripts for lodging | 2.80 |
|  |  |  |
|  | TOTAL TIME | 16.70 |