**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Maro Burunsuzyan, Esq. (SBN 175369)
**LAW OFFICES OF MARO BURUNSUZYAN**
2600 West Olive Avenue
Suite 500
Burbank, CA 91505
Telephone: (818)507-5188
Facsimile: (818 507-5199

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMY MURILLO, an individual, and as Successor in Interest to JESSE MURILLO, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a GOV'T entity; FRED SIGMAN; and CHRISTOPHER MONTAGUE,<br><br>Defendants. | Case No. 2:21-CV-08738 FMO (AGRx)<br><br>*Hon. Fernando M. Olguin, Crtrm. 6D*<br>*Mag. Alicia G. Rosenberg, Crtrm. 550*<br><br>**DECLARATION OF SANTIAGO LAUREL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>*[Notice of Motion and Motion; Declarations and attached Exhibits filed concurrently herewith]* |

## DECLARATION OF SANTIAGO G. LAUREL

I, Santiago G. Laurel, hereby declare as follows:

1. I am a litigation/legal assistant currently employed by the Law Offices of Dale K. Galipo. I work under the supervision of attorneys Dale K. Galipo, Renee V. Masongsong, and Shannon J. Leap, each of whom are licensed to practice law in the United States District Court for the Central District of California. I make this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2. I have been in the legal field for approximately 16 years, with experience In both state and federal court, working as a legal assistant and litigation assistant, for multiple law firms. Preceding my employment at The Law Offices of Dale K. Galipo, I was employed for five years as the Senior Litigation Assistant at Shimmel and Parks, APLC, where I was responsible for providing high-level support to three trial attorneys, from inception of cases up to trial preparation in complex cases. My responsibilities included assemble, prepare, and finalize all pleadings for physical court filing and/or E-filing, state, federal, and appellate court. Prepare all types of discovery requests, responses to discovery, deposition notices, state and federal subpoenas, court notices, case management statements, federal reports, witness lists, exhibit lists and jury instructions. Maintain office calendar with state, local, and administrative deadlines.

3. In September 2021, I joined the Law Offices of Dale K. Galipo, where I currently work as a litigation secretary. During the past two years, I have been one of three litigation assistants assigned to Mr. Galipo and eight of his associate attorneys, including Ms. Masongsong, Ms. Leap, Mr. Levine, Mr. Valenzuela, Mr. Sincich, Ms. Le, and Mr. Mayne. Under the supervision of Mr. Galipo, Ms. Leap, and Ms. Masongsong, I have worked on approximately 50 cases from pre-litigation

to trial. I am currently assigned to support Mr. Galipo's associates with their day-to-day tasks in approximately 50 cases.

4. My daily responsibilities at the Law Offices of Dale K. Galipo include: evaluating prospective cases, including by speaking with prospective clients directly and gathering the information and documents necessary to make an informed determination regarding each case; drafting the templates for various documents at all stages of litigation; calendaring the dates set forth in the case management or scheduling orders of each case I am assigned to, including by calculating dates pursuant to the controlling local rules when no date has been explicitly set forth; reviewing documents produced during discovery to advise the attorneys of what was received, as well as creating lists of involved persons and their roles during the incident at issue; working with the clients to coordinate discovery and gathering documentation from them; interpret for Spanish-speaking clients; coordinating with defense counsel and third parties for the scheduling of depositions, meet and confers, managing deadlines and miscellaneous case issues; reviewing produced discovery and identifying potential witnesses; drafting and serving subpoenas for depositions and the production of documents; filing pleadings with both state and federal courts; reviewing all local rules and requirements for cases in different districts and states to ensure we are in compliance; maintaining up-to-date litigation costs and expense worksheets for each case I am assigned to; preparing counsel for hearings and trial by preparing binders and boxes with all relevant documents, tabbed and indexed.

5. As of this date I have spent 115.70 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action.

6. Since July 20, 2022 to the present date, I have supported Mr. Galipo, Ms. Masongsong and Ms. Leap in the discovery, scheduling, calendaring, and trial and preparation of this case. As reflected in detail on my timesheet attached hereto as "Exhibit 1".

7. Currently paralegal fees are awarded at a rate of between $150-$325 per hour. I am respectfully requesting an hourly fee of $200 based on my years of experience, and which hourly fee was previously granted in that matter entitled *Paola French, et al. v. City of Los Angeles, et al.*, Case 5:20-cv-00416-JGB-SP, Docket No. 165.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 7th day of November, 2023 at Woodland Hills, California

*/s/ Santiago G. Laurel*
Santiago G. Laurel

# EXHIBIT 1

**Santiago Laurel**  *Tammy Murillo v. City of Los Angeles, et al.*
**Timekeeping Record**  Case No. 2:21-cv-08738 FMO (AGRx)

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 07/20/22 | Review the email from Alejandro regarding the new case from attorney Maro Burunsuzyan. I reviewed the JSID report and the media provided by Alejandro. | 0.50 |
| 08/19/22 | Review Alejandro's email regarding the new case. I went through the officers' BWCs, Sigman and Montague. | 0.75 |
| 08/25/22 | I reviewed Shannon's email with instructions regarding the new case. | 0.10 |
| 8/30/22 | I opened up a new file and added it to my case list and attorney Shannon Leap's list. Prepared draft retainer for client signature. | 1.50 |
| 09/01/22 | Finalized fees split agreement. Prepared Substitution of attorney and proposed order. Drafted email to attorney Burunsuzyan for her and the client's signature | 0.75 |
| 09/02/22 | I made changes to the retainer agreement and emailed it to Mr. Galipo for review. I received edits from Mr. Galipo, updated the retainer agreement, and emailed a revised copy to Ms. Burunsuzyan. | 1.00 |
| 09/07/22 | I created a Dropbox link for attorneys to load files. I drafted an email and provided a Dropbox link to Ms. Burunsuzyan. | 0.50 |
| 09/07/22 | Review the email from Ms. Burunsuzyan regarding contacting Rodney Diggs' office to obtain copies of the transcripts and missing documents from the file. | 0.10 |
| 09/08/22 | Drafted email to Rodney Diggs attaching request for substitution of attorney and requesting signature. | 0.25 |
| 09/09/22 | I drafted and emailed the 1.5.1 Fee Division Agreement. emailed Shannon and Dale for review. | 0.75 |
| 09/09/22 | I received a signed substitution of attorney from Mr. Diggs. Prepared for filing and submitted for filing. Download an ECF stamp copy. | 0.50 |
| 09/14/22 | Update the calendar with case deadlines and email the office regarding new case. Updated master case list and trial calendar. | 0.75 |
| 09/15/22 | Email following up with Rodney Diggs regarding files requested. | 0.10 |
| 09/15/22 | View and play BWC videos of all officers. Read and reviewed the discovery produced. | 5.00 |

**Santiago Laurel**  *Tammy Murillo v. City of Los Angeles, et al.*
**Timekeeping Record**  Case No. 2:21-cv-08738 FMO (AGRx)

| | | |
|---|---|---|
| 09/15/22 | Prepared emails to potential experts. Provided experts with the protective order for the release of BWC. Uploaded video to file transfer. | 0.50 |
| 09/16/22 | I watched and listened to the BWC videos of Montague, Vega, Vida, Babaians, Bolanos, and Sigman Ferris. | 4.00 |
| 09/16/22 | Listen to all 911 calls and translate Spanish 911 calls. | 2.50 |
| 09/20/22 | Prepared emails to potential experts (Omalu). Provided Dr. Omalu with a protective order for the release of BWC. Uploaded video to file transfer. | 0.75 |
| 09/22/22 | Follow up email with attorney Rodney Diggs regarding file transfer. | 0.10 |
| 09/23/22 | Draft email and provided Dr. Omalu with copies of the autopsy photographs. | 0.50 |
| 09/26/22 | Listen to audio interviews of firefighters Wess Blackwell, Chase Mendenhall, and Raymond Schiller | 0.75 |
| 09/26/22 | Listen to audio interviews of witnesses Matias Reyna, Marques Korgie, and Nillofar Khodadeh. | 1.25 |
| 09/27/22 | View BWC videos and try to slow down and make the video clear. Listen to audio testimony and statement videos. Write notes regarding statements. Audio interviews of officers Sgt. Michael Steward, Amy Schnider, Mark Ferris, Edmond Babaians, Chris Mezich, Ronald Sanchez, Chris Vege, Danial Vidal, and Fred Sigman. | 4.75 |
| 09/27/22 | Prepared emails to potential experts (video) Provided experts with a copy of the protective order for the release of BWC. Uploaded video to file transfer. | 0.50 |
| 09/27/22 | Onsite inspection with Shannon J. Leap. | 1.25 |
| 09/28/22 | I continued listening to audio testimony and statement videos. I wrote notes regarding statements. Audio interviews with officers Christopher Montague, Gian Guenther, and Edward Bolanos and dispatch communications with officers. | 3.00 |
| 09/30/22 | Draft email to Richard Bryce. I created a Dropbox link and uploaded material and videos so that he could prepare his report. | 1.00 |
| 9/30/22 | Contact Alex Deaconson from DK Global to obtain quotes and options for video enhancement and reconstruction. I created a Dropbox and provided him | 0.75 |

Case 2:21-cv-08738-FMO-AGR   Document 135-7   Filed 11/07/23   Page 8 of 15   Page ID #:3648

**Santiago Laurel**　　　　　　　　　*Tammy Murillo v. City of Los Angeles, et al.*
**Timekeeping Record**　　　　　　　Case No. 2:21-cv-08738 FMO (AGRx)

| | | |
|---|---|---|
| | with a protective order to sign, then provided him with material. | |
| 10/03/22 | Call with Richard Bryce regarding documents needed for the report. I created Dropbox, went through the file, and confirmed with Dale which videos to upload for his review. | 0.50 |
| 10/04/22 | Email communication with experts requesting current and updated CVs and fee schedules I downloaded and printed out documents for Dale's review. | 0.10 |
| 10/05/22 | Coordinate and schedule a conference call with experts Richard Bryce and Dale. Provided Mr. Bryce with documents. | 0.25 |
| 10/06/22 | Provide Richard Bryce with additional material. Officer statements and videos. | 0.25 |
| 10/07/22 | Draft and sent email to expert Omalu regarding report. | 0.10 |
| 10/07/22 | I received an expert report from Scott Holdaway. I reviewed, downloaded, and provided a copy to Shannon and Dale for review. | 0.50 |
| 10/10/22 | I received Omalu's report. Reviewed, saved to expert file, and printed a copy for Dale's review. | 0.75 |
| 10/10/22 | Print and assemble Plaintiff's initial expert disclosures. Burn videos onto CDs. Create a Dropbox link and load documents and videos. Draft an email to opposing counsel with Plaintiff's expert disclosures. | 2.00 |
| 10/17/22 | I received a deposition notice for expert Scott Holdaway. Saved notice and calendared date I contacted the expert and provided him with information. | 0.25 |
| 10/18/22 | Update the case list and calendar with deadlines. Prepared a revised case information sheet. | 0.75 |
| 10/11/22 | Draft a deposition notice for the defendants' expert witness. Draft email and served deposition notice to opposing counsel. Calendar deposition date and schedule contacted Huseby court reporter and scheduled court reporter. | 1.00 |
| 10/11/22 | Download NEF conformed copy, save and downloaded. Prepare the blueback chamber's copies of the Ex Parte application to designate and FedEx them to the clerk, followed by an email with proposed order to the Judge. | 1.00 |

**Santiago Laurel**  *Tammy Murillo v. City of Los Angeles, et al.*
**Timekeeping Record**  Case No. 2:21-cv-08738 FMO (AGRx)

| | | |
|---|---|---|
| 10/17/22 | Draft an email to Mr. Ford regarding expert depositions, follow up on availability, and check dates on the calendar. | 0.10 |
| 10/17/22 | Read emails regarding expert depositions and download defendants' deposition notices for experts. Calendared deposition dates for Bryce, Holdaway, and Omalu. | 0.25 |
| 10/20/22 | I called Huseby Court reporters to schedule the deposition. Prepare an email to the calendar department to schedule the depositions of Defendant's experts for October 27th and 31st. | 0.25 |
| 10/21/22 | Download unedited BWC videos produced by Defendants pursuant to the Court's order re Plaintiff's Ex Parte application. I viewed videos multiple times and slowed and brightened videos to try to get a clear view and show them to Dale. | 1.50 |
| 10/21/22 | I created 159 still shots from Sigman's BWC. Convert each frame into a PDF. Reviewed with Dale. | 1.50 |
| 10/26/22 | Created a Dropbox link for our experts to review new unredacted videos. I uploaded videos to Dropbox and drafted emails to Bryce, Omalu, and Holdaway. | 0.75 |
| 10/27/22 | Submit a check request to our accounting department for defense expert Edward Flosi's deposition fee. Saved to the costs file and prepared to mail to Mr. Flosi. | 0.25 |
| 10/28/22 | Draft email to inform Mr. Ford that we would need to reschedule Richard Clark's deposition, followed by another email to the court reporter to cancel. Update calendar. | 0.10 |
| 10/28/22 | Draft an email to Richard Copeland to ask if he can serve as a mediator and request his availability. Check the dates on Dale's calendar. | 0.25 |
| 11/01/22 | Drafted mediation brief (template). | 0.75 |
| 11/01/22 | I viewed Sigman and Montague's BWC. downloaded program to slow-brighten videos to try to get a clear view and show it to Dale. Identified the time of shooting per frame. | 1.50 |

4

**Santiago Laurel**  *Tammy Murillo v. City of Los Angeles, et al.*
**Timekeeping Record**  Case No. 2:21-cv-08738 FMO (AGRx)

| | | |
|---|---|---|
| 11/01/22 | Received deposition notices for experts Omalu, Holdway, and Mr. Bryce. Downloaded depos notices and updated the calendar with deposition dates. | 0.25 |
| 11/02/22 | Draft email to co-counsel regarding client's availability for the mediation, and communicate regarding video. | 0.10 |
| 11/02/22 | Review video with attorneys and played for Dale multiple times. Transcribed audio in video. | 1.25 |
| 11/02/22 | Emailed co-counsel regarding subpoena from V.A. | 0.10 |
| 11/02/22 | Received Amended deposition notices for experts Richard Bryce. Downloaded depos notice and updated calendar with deposition date. | 0.25 |
| 11/03/22 | Viewed multiple BWC videos to listen to statements made by officers and Jesse Murrillo at the time of his arrest. Typed up a transcription of what was being said and provided to attorneys. | 1.00 |
| 11/03/22 | Draft email to client and provided her with the mediation phone number, ID, and password. | 0.10 |
| 11/03/22 | Review the defendants' discovery responses. Separated over files: videos, audio, and pdf. Labeled by bate number and description of file, multiple-day job. | 5.00 |
| 11/04/22 | Received Defendants Second Amended Notice of Deposition of Plaintiff's Expert, Scott Holdaway. Saved notice to file and updated calendar with new date. I emailed the attorney with updated information. | 0.25 |
| 11/09/22 | Received email from previous attorney Rodney Diggs enclosing medical examiner invoice. Saved to costs file and added to costs sheet. | 0.10 |
| 11/10/22 | Printed and bounded deposition transcripts for Dale to review. | 0.50 |
| 11/11/22 | Case review with Dale Galipo, Renee Masongsong, and Shannon Leap regarding trial prep. | 1.00 |
| 11/11/22 | Prepared an amended notice of deposition for expert Richard Clark. | 0.75 |
| 11/11/22 | PDFed the deposition notice and proof of service for expert Richard Clark were saved and served. Updated calendar with the deposition date. I contacted the court reporter and scheduled a reporter for 11/30/22. | 0.50 |

5

**Santiago Laurel**  *Tammy Murillo v. City of Los Angeles, et al.*
**Timekeeping Record**  Case No. 2:21-cv-08738 FMO (AGRx)

| Date | Description | Hours |
|---|---|---|
| 11/11/22 | Create templates for all pretrial documents based on Judge Olguin's order and rules. Drafted email with link to documents. | 1.50 |
| 11/14/22 | I received the deposition confirmation and link. Updated calendar with the zoom link for deposition. | 0.10 |
| 11/14/22 | I reviewed audio and videos and selected them for Dale to be authorized to use as exhibits. Pulled photos, reports, and relevant discovery to use as exhibits. | 3.00 |
| 11/14/22 | Updated calendar with deadlines. I emailed attorneys with a Memorandum of Contents of Fact and Law Due Date. | 0.15 |
| 11/17/22 | Received Second amended deposition notices for expert Richard Bryce I downloaded the deposition notice and updated the calendar with the deposition date. I added a Zoom link to the calendar and provided it to attendees. | 0.25 |
| 11/18/22 | Review and read through Sigman, Montague, Vege, Guenther, Babaians, Bolanos, Ferris, Vidal, and other officer statements. | 3.50 |
| 11/30/22 | View and listen to BWC, audio interviews, and 911 calls. | 4.00 |
| 11/30/22 | Continued adding exhibits and separating exhibits for trial. Printed exhibits for Dale to review and approve. Created clips of videos. | 1.00 |
| 12/02/22 | I downloaded and reviewed the Court's Order Modifying Scheduling Order and extending Expert Discovery Cutoff Update Calendar Docket 38. | 0.25 |
| 01/05/23 | Started to make BWC video clips. | 1.00 |
| 01/09/23 | Saved templates to the server and emailed them to the attorneys. | 0.75 |
| 01/09/23 | I downloaded Docket 41, calendared the event, and followed the court's instructions to provide notice of proposed mediators pursuant to the court's order. | 0.25 |
| 01/09/23 | I contacted a court reporting agency to schedule a court reporter for a mediation taking place on October 23. I contacted opposing counsel, who confirmed they were ordering a reporter. We cancelled our reporter. | 0.25 |
| 01/10/23 | Print and assemble multiple copies of each officer's statements, deposition transcripts, and expert deposition transcripts. | 2.00 |

6

**Santiago Laurel**  *Tammy Murillo v. City of Los Angeles, et al.*
**Timekeeping Record**  Case No. 2:21-cv-08738 FMO (AGRx)

| | | |
|---|---|---|
| 01/09/23 | I reviewed and went through the expert disclosures list and discovery and the client's medical records to obtain contact information for Karam, Shekherdimian, Sekhon, Zadorian, Nguyen, Benson, Banita Benson, Chase Mendenhall, Raymond, Schiller, Jim Calleson, and Wesley Blackwell. | 1.00 |
| 01/11/23 | I reviewed an email from attorney Leap with instructions to create two exhibits for the plaintiff's MIL. Exhibits A and B highlight portions of the deposition's transcripts from Montague and Sigman | 0.50 |
| 01/11/23 | I made calls to over seven medical providers and facilities to obtain direction and instructions on the service of process procedures for subpoenas. Prepared table with providers, phone, address, and instructions. | 2.50 |
| 01/11/23 | I called the LAFD records unit to obtain information on where to serve paramedics and firefighters. Added records unit address, phone number, and instructions, including subpoena drop-off instructions and witness fee. | 0.50 |
| 01/13/23 | Created Table of Contents for Disputed Jury Instructions. | 1.00 |
| 01/13/23 | I made changes and updates to MIL No. 3 per attorneys' instructions. | 0.50 |
| 01/13/23 | Download all MILs and save them in their corresponding files. Printed chamber copies and created a binder for the judge. | 1.00 |
| 01/20/23 | Assembled binder for the judge with copies of MILs and replies. I created a shipping label with FedEx and took the package to FedEx to deliver. | 2.00 |
| 01/26/23 | Download court order docket 24. Update the calendar with the FPT reset date of 1/27/23. | 0.10 |
| 01/10/23 | Updated calendar with Judicate West dates for mediation that was scheduled for May 3, 2023. | 0.50 |
| 02/01/23 | Scanned, saved, and entered costs for attorney Leap's attendance at the TSC hearing | 0.25 |
| 02/02/23 | I received and downloaded Dkt. 72. Calendared deadline pursuant to courts order. | 0.15 |

| Santiago Laurel | | *Tammy Murillo v. City of Los Angeles, et al.* |
|---|---|---|
| Timekeeping Record | | Case No. 2:21-cv-08738 FMO (AGRx) |

| Date | Description | Hours |
|---|---|---|
| 03/16/23 | Updated calendar re Final Pre Trial-Conference reset date of May 5, 2023; continued trial date: May 23, 2023. I emailed the attorneys' new date. | 0.25 |
| 05/04/23 | Prepare the final version of the status report regarding the settlement for filing through Pacer. Download the NEF copy and save it to the file. | 0.25 |
| 05/05/23 | I printed and blue-back chamber's copies of Plaintiff's MIL replies and took them to FedEx to deliver a courtesy chamber's copy to Judge Olguin. | 0.75 |
| 07/18/23 | Began separating and labeling defendants' discovery production. Labeling of files to include bate number and description of file. | 2.00 |
| 07/18/23 | Book hotel for Plaintiff's expert. | 0.50 |
| 07/18/23 | Called Doubletree by Hilton's reservation line. I made reservations for Dr. Omalu. I was then transferred to the hotel property, where they requested an email to send a special form for payment and an authorized person to stay in the room. I contacted Dr. Omalu, provided him with his hotel reservation, and emailed Attorney Leap with reservation information. | 1.00 |
| 07/20/23 | Organize file. | 1.00 |
| 08/04/23 | Finished listening to audio interviews, watching BWC, reviewing all the discovery. | 5.00 |
| 08/07/23 | I did an online search for hotels near the courthouse for expert Richard Bryce. I emailed the information to Dale and the expert for approval. | 0.50 |
| 08/07/23 | I talked to Richard Bryce, who requested we book a flight through Delta. I did a search for flights according to the trial date and Bryce's schedule. Found flights and provided them to Mr. Bryce. Confirmed costs with Dale. | 1.00 |
| 08/10/23 | I printed the documents, assembled the pretrial binder for Dale, and prepared the table of contents with tabs. | 1.25 |
| 08/12/23 | Downloaded, reviewed, and updated calendared dates pursuant to the Court's order Dkt 84 (Order re Further Proceedings) | 0.15 |
| 08/14/23 | Called Doubletree by Hilton's reservation line. I made reservations for Richard Bryce. I was then transferred to the hotel property, where they requested an email to send an authorization form for payment and an authorized | 1.25 |

**Santiago Laurel**  *Tammy Murillo v. City of Los Angeles, et al.*
**Timekeeping Record**  Case No. 2:21-cv-08738 FMO (AGRx)

| | | |
|---|---|---|
| | person to stay in the room. I filled out the form and submitted the credit card authorization. I called the property to confirm receipt of the form. I called Mr. Bryce and provided him with information. | |
| 08/16/23 | Converted to the PDF final version of the following for filing: pre-trial stipulation, notice of lodging, proposed jury instructions; joint and disputed, statement of the case, proposed jury verdict form, and joint stipulation. | 0.75 |
| 08/17/23 | Downloaded pre-trial documents and assembled blueback copies for Judge Olguin. I created a FedEx label and took it to FedEx for next-day delivery. | 1.50 |
| 08/18/23 | Contact the officer manager and building management to request the A/C be turned on over the weekend for the court-ordered meet and confer. Multiple calls to coordinate and request a quote. | 0.50 |
| 08/21/23 | I called attorney Rodney Digg's office to request original transcripts to lodge with the court. I had to make multiple calls as they did not return calls or answer emails. | 0.10 |
| 08/21/23 | Assemble exhibit binders. Printed the final with paginated exhibits and prepared five exhibit binders with tabs. Drafted exhibit book covers and spines for clerks, copy the deputy clerk tabs and staple them to each exhibit. | 5.00 |
| 08/21/23 | Prepared a trial box for Dale, including investigative reports, autopsy report, expert reports, depositions, and statements. | 2.00 |
| 08/24/23 | I contacted Doubletree Hilton regarding the payment issue. Requested guests be refunded and charged the office credit card as originally booked. | 1.00 |
| 08/24/23 | I received a call from Richard Bryce regarding his flight being delayed. He requested, if possible, to change his flight. I searched for different flights and was able to rebook his flight. Called Mr. Bryce and emailed him new flight information. | 1.00 |
| 09/05/23 | Convert to PDF the final version of the Notice of Lodging and file it with the Court. Download and saved it to file. | 0.25 |

**Santiago Laurel**  *Tammy Murillo v. City of Los Angeles, et al.*
**Timekeeping Record**  *Case No. 2:21-cv-08738 FMO (AGRx)*

| 09/14/23 | Convert to PDF the final version of the Joint Stipulation for Extension of Time and file it with the Court. Download and save to the server. Printed copy and blueback, created a FedEx label, and took it to FedEx to deliver a chamber's copy to judge Olguin. | 0.75 |
|---|---|---|
| | **TOTAL HOURS** | **115.7** |