**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Maro Burunsuzyan, Esq. (SBN 175369)
**LAW OFFICES OF MARO BURUNSUZYAN**
550 North Brand Boulevard, Suite 1050
Glendale, CA 91203
E-mail: service@marolaw.com
Telephone: (818)507-5188
Facsimile: (818 507-5199

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MURILLO, an individual, and as Successor in Interest to JESSE MURILLO, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a GOV'T entity; FRED SIGMAN; and CHRISTOPHER MONTAGUE,<br><br>Defendants. | Case No. 2:21-CV-08738 FMO (AGRx)<br><br>*Hon. Fernando M. Olguin, Crtrm. 6D*<br>*Mag. Alicia G. Rosenberg, Crtrm. 550*<br><br>**DECLARATION OF MARO BURUNSUZYAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>[*Notice of Motion and Motion; Declarations and attached Exhibits filed concurrently herewith*] |

## DECLARATION OF MARO BURUNSUZYAN

1. I, Maro Burunsuzyan, hereby declare as follows:

2. I am an attorney duly admitted to practice before this honorable court and I am one of the attorneys of record in the instant matter. I have personal knowledge of the facts set forth herein, and could and would testify competently thereto if called. I make this declaration in support of Plaintiffs' Motion for Attorneys' Fees.

3. I received my bachelor's degree from California State University, Northridge in 1991.

4. While attending college and during the last two years of law school, I worked in two different law firms specializing in personal injury work.

5. I received my J.D. degree from the UWLA School of Law in Inglewood, California, in 1994.

6. I took and passed the California State Bar exam in July 1994 and was admitted to the California Bar in December 1994.

7. As soon as I was admitted to the California State Bar, I opened my law firm and began working full time. My focus was on representing injured clients and I have worked exclusively representing injured people.

8. I did my first jury trial six (6) months after becoming an attorney in a matter which had resulted in a defense arbitration award. My client had about $5,000.00 in medical bills and RTD (currently LAMTA), was represented by the late Melanie Lomax. I obtained a verdict of over $33,000.00 for my client.

9. During my time as a civil litigator, my work has directly contributed to many high six-figure and seven-figure settlements and jury verdicts. Some of the settlements and verdicts in cases which I have obtained include:

- $14.8 million settlement in a sexual harassment case (June 2023)
- $1.4 million settlement in a slip and fall case (October 2023)

- $875,000.00 settlement auto vs. auto (October 2022)
- $825,000.00 settlement in auto vs. auto (August 2022) *Giron v. American Dream Logistics, Inc.*
- $2.25 million policy limit in a pedestrian vs. auto case (February 2022)
- $1.5 million policy limit settlement in a motorcycle vs. auto (2020)
- $1.35 million in a pedestrian vs. truck case (March 2021)
- $1 million policy limit case settlement in a premises case (May 2020)
- $1.7 million in a sanitation truck negligence case in the handling of bins (October 2019)
- $1.5 million in a premises case in *Younger vs. St. Mary's Hospital* (May 2016)
- $1.7 million verdict in a premises case in *Calderon vs. Veterans Thrift Store* (2013)
- $1.35 million settlement in a drowning case in *Blanson vs. East Bay Regional Park* (2012)
- $5,741,910.00 verdict in a auto vs. truck case (March 2014) *Campbell vs. National Freight, Inc.*
- $3.75 million settlement in a premises case (May 2011)
- $5.5 million verdict in an auto vs. truck case (November 2003) *Frias vs. Ralphs*
- $3.6 million verdict in an assault case in (August 2003) *Manley vs. Rainer Inc.*
- $1.1 million verdict in a premises case in *Garces v. Bernard* (2003)

10. I was retained by Ms. Murillo on May 11, 2018. I began working on this case as soon as I was retained as per my itemized time record which specify the nature of the work. I remained Ms. Murillo's sole attorney, handling all aspects of the litigation, until I associated Mr. Diggs and later Mr. Galipo. The detail of my work is itemized for the court's review in the attached time record. I remained counsel for Ms. Murillo through trial.

11. I have not previously received an attorneys' fee award in any case.

12. I am admitted to practice law in the Central and Eastern Districts of California and in the Ninth Circuit Court of Appeals.

13. A copy of my time records for this case is attached hereto as "**Exhibit 1**." My billing statement does not reflect any work performed by paralegals or other assistants supporting me. My billing statement does not include time spent performing purely administrative tasks such as filing, organizing, or preparing copies of documents.

14. I was personally involved in the work set forth in my billing statement, and I can personally attest that it has been reasonably expended in pursuit of the litigation.

15. The number of hours claimed in my billing statement for this action is reasonable and well-documented. I kept contemporaneous time records for the work I performed in this case. If fact, work for which I inadvertently did not keep time records, such as attending hearing, I did not include in my billing due to inability to accurately estimate the time.

16. I am respectfully requesting an hourly rate of $900.00 for time and work I spent on this case. I devoted 279.5 hours to this action.

17. I believe that my hourly rate is reasonable and in line with those prevailing in the community for similar services by lawyers of comparable skill, experience, and reputation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of November 2023, at Glendale, California.

　　　　　　　　　　*/s/ Maro Burunsuzyan*
　　　　　　　　　　Maro Burunsuzyan

# EXHIBIT 1

Maro Burunsuzyan, Esq.

| | DESCRIPTION | HOURS |
|---|---|---|
| 5/3/2018 | Initial case information review and meet with Tammy Murrillo | 3.00 |
| 5/5/208 | Review and sign preservation of evidence letters | 0.60 |
| 5/20/2018 | Prepare claim information | 1.00 |
| 6/1/2018 | Legal Research Re Excessive Force | 3.00 |
| 12/10/2018 | Review claim with associate attorneys | 0.80 |
| 12/12/2018 | Meeting with Clients - Review claim information and materials and discuss the law | 3.50 |
| 12/22/2018 | Draft the Complaint with State Court (Filed on December 24, 2018) | 2.00 |
| 6/14/2019 | Review Answer to Plaintiff's Complaint from Defendant City of Los Angeles | 0.30 |
| 7/14/2019 | Prepare Case Management Statement | 0.50 |
| 7/15/2019 | Review Defendant's Case Management Statement | 0.50 |
| 8/8/2019 | Review Defendant's Form Interrogatories to Plaintiff | 0.20 |
| 8/8/2019 | Review Defendant's Special Interrogatories to Plaintiff | 0.60 |
| 8/8/2019 | Review Defendant's Request for Production of Documents to Plaintiff | 0.70 |
| 8/9/2019 | Read and Review Defendant's Request for Admission to Plaintiff | 0.60 |
| 9/4/2019 | Review Notice of Ruling Re: Case Management Conference | 0.30 |
| 9/10/2019 | Review Jesse Murillo Autopsy Report | 0.40 |
| 9/17/2019 | Speak to a ballistics expert | 1.00 |
| 9/17/2019 | Work on Plaintiff's Responses to Defendant's Propounded Discovery Set 1 (FROGs, SROGs, RFPs, RFAs) | 4.20 |
| 9/18/2020 | Work on Plaintiff's Responses to Defendant's Propounded Discovery Set 1 (FROGs, SROGs, RFPs, RFAs) | 3.50 |
| 9/19/2020 | Work on Plaintiff's Responses to Defendant's Propounded Discovery Set 1 (FROGs, SROGs, RFPs, RFAs) | 3.80 |
| 8/30/2019 | Review of Jesse Murillo's Medical Records | 1.00 |
| 9/22/2020 | Review Defendant's MSC Non-Confidential Settlement Brief | 1.00 |
| 10/15/2019 | Read Defendant's Meet and confer letter regarding discovery responses | .30 |
| 10/25/2019 | Review letter regarding further responses to Defendant's discovery requests + sent it | 0.30 |
| 2/18/2020-2/20/202 | Review Defendant's Responses to Plaintiff's Request for Production of Documents, Set One and attached exhibits (451 pages) | 4.00 |
| 2/23/2020 | Prepare Plaintiff's Objections to the Notice of Taking Deposition of Plaintiff and Request for Production of Documents | 0.30 |
| 2/26/2020 | Review Defendant's Demand for Exchange of Expert Trial Witness Information | 0.20 |

Maro Burunsuzyan, Esq.

| | | |
|---|---|---|
| 2/26/2020 | Review Defendant's Notice of Taking Deposition of Plaintiff Tammy Murillo | 0.10 |
| 2/28/2020 | Review Defendant's Supplemental Requests for Production of Documents Set Two to Plaintiff | 0.30 |
| 2/28/2020 | Review Defendant's Supplemental Interrogatories to Plaintiff Set 2 | 0.30 |
| 3/9/2020 | Prepare Plaintiff's Ex Parte Application for Order to Continue Trial Date | 1.80 |
| 3/12/2020 | Read and Review Defendant's Opposition to Plaintiff's Ex Parte Application to Continue Trial Date | 0.80 |
| 3/15/2020 | Read Defendant's Ex Parte Application and Motion to Compel Plaintiff's Deposition Testimony | 0.60 |
| 4/18/2020 | Listen to audio recordings and 911 calls | 2.00 |
| 7/21/2020 | Read Protective Order Re: Disclosure of Confidential Information | 0.80 |
| 7/30/2020 | View LAPD Body Camera Footages | 3.60 |
| 9/9/2020 | Legal Research | 2.00 |
| 9/16/2020 | Review Defendant's Non-Confidential Settlement Brief | 0.50 |
| 10/14/2020 | Propound Form Interrogatories, Set One to City of Los Angeles | 1.00 |
| 10/14/2020 | Complete Responses to Request for Admission, Set One to City of Los Angeles | 1.00 |
| 10/13/2020 to 10/14/2020 | Propounding Special Interrogatories to City of Los Angeles, Set 2 and declaration in support of rogs over 35 | 5.00 |
| 10/14/2020 | Prepare and Propound Request for Production of Documents, Set 2 to City of Los Angeles | 3.00 |
| 10/20/2020 | Meet and confer letter in response to Defendant's October 16, 2020 letter | 1.70 |
| 11/20/2020 | Motion regarding relief from March 12, 2020 Stipulation and Order | 4.70 |
| 11/23/2020 | Review Defendant's Opposition to Plaintiff's motion for relief | 1.70 |
| 11/30/2020 | Reply to Defendant's Opposition to Plaintiff's motion for relief | 2.60 |
| 1/5/2021 | Prepare Plaintiff's Objections to the Notice of Taking Deposition of Plaintiff and Request for Production of Documents | 0.60 |
| 1/12/2021 | Watch LAPD Body Cam Footages | 1.00 |
| 1/14/2021 | Prepare Tammy Murillo for Deposition | 4.20 |
| 1/15/2021 | Prepare and Attend Tammy Murillo's Deposition | 6.20 |
| 3/2/2021 | Prepare Objection to Defendant's Notice of Taking Deposition of Witness Mark Guerrero as to Subpoena | 0.20 |
| 4/8/2021 | Doe Amendments to Complaint Filed | 0.80 |
| 5/1/2021 | Review Defendant's Motion to Compel a court order to produce medical records of the decedent | 2.80 |
| 5/17/2021 | Plaintiff's Opposition to Defendant's Motion to compel | 4.80 |

Maro Burunsuzyan, Esq.

| | | |
|---|---|---|
| 5/21/2021 | Review Defendant's Reply to Plaintiff's Opposition | 2.30 |
| 5/26/2021 | Review Witness List | 0.30 |
| 11/13/2021 | Review Answer to Amended Complaint Filed by Defendants | 0.60 |
| 11/13/2021 | Read Order Setting Scheduling Conference by Judge Fernando M. Olguin + calendaring | 0.30 |
| 11/13/2021 | Read Court's Initial Standing Order for Judge Olguin's Procedures and Schedules | 0.30 |
| 1/24/2022 | Review Joint Report Rule 26(f) Discovery Plan filed by Plaintiff | 0.60 |
| 2/1/2022 | Review Scheduling and Case Management Order by Judge | 0.50 |
| 2/1/2022 | Read Order Regarding Summary Judgment Motions | 0.20 |
| 2/19/2022 | Read/Review Stipulation Regarding Selection of Panel Mediator filed by Defendant | 0.10 |
| 2/27/2022 | Review photos and drawings provided by Plaintiff of Jesse Murillo | 0.40 |
| 5/26/2022 | Review Joint Stipulation for Protective Order filed by Plaintiff | 0.20 |
| 5/27/2022 | Read Protective Order by Magistrate Judge Alicia G. Rosenberg | 0.30 |
| 7/14/2022 | Review Order Regarding Joint Stipulation to Modify Court's Scheduling Order to Extend Pretrial Dates + calendaring | 0.20 |
| 8/12/2022 | Prepare with co-counsel and attend Deposition of Fred Sigman | 4.30 |
| 9/14/2022 | Review Stipulation to Continue Expert Discovery and Mediation Deadlines | 0.20 |
| 9/14/2022 | Review Notice of Lien filed by Former Counsel for Plaintiff | 0.20 |
| 10/6/2022 | Work on + Review Plaintiff's initial expert disclosure | 3.00 |
| 10/10/2022 | Review Ex-Parte Application for Order for De-Designate Body Camera Videos as Confidential by Plaintiff | 1.50 |
| 10/12/2022 | Read Defendants' Initial Disclosure of Expert Witnesses + Exhibits | 1.00 |
| 10/13/2022 | Read Defendant's Opposition to Plaintiff's Ex-Parte Application | 0.80 |
| 10/18/2022 | Read Minute Order regarding Ex Parte Application | 0.20 |
| 10/27/2022 | Prepare and attend Deposition of Edward Flosi | 4.00 |
| 11/3/2022 | Reviewed Confidential Mediation Brief | 1.00 |
| 11/4/2022 | Traveling to and from Mediation + attending Mediation | 6.00 |
| 12/3/2022 | Review Order Modifying Court's Scheduling Order to Extend Discovery Cutoff + calendaring | 0.10 |
| 1/4/2023 | Read Order Modifying Court's Scheduling Order to Extend Expert Discovery Cutoff | 0.20 |
| 1/8/2023 | Review Witness List | 1.60 |
| 1/12/2023 | Review Plaintiff's Motion in Limine #3 | 0.70 |
| 1/13/2023 | Read Defendant's Motion in Limine #1 | 0.60 |
| 1/13/2023 | Read Defendant's Motion in Limine #2 | 0.60 |

Maro Burunsuzyan, Esq.

| Date | Description | Hours |
|---|---|---|
| 1/14/2023 | Read Defendant's Motion in Limine #3 | 0.50 |
| 1/14/2023 | Read Defendant's Motion in Limine #4 | 0.50 |
| 1/11/2023 | Review Joint Pretrial Stipulation regarding Exhibits | 0.30 |
| 1/11/2023 | Review Memorandum of Contentions of Fact and Law | 2.50 |
| 1/12/2023 | Review Final Witness List | 1.00 |
| 1/12/2023 | Review Proposed Jury Instructions | 1.10 |
| 1/13/2023 | Read Order Re Settlement Conference + calendaring | 0.30 |
| 1/13/2023 | Review Voir Dire Filed by Plaintiffs | 0.50 |
| 1/13/2023 | Review Voir Dire Questions filed by Defendants | 0.60 |
| 1/27/2023 | Read Minute Order Re Pretrial Conference + calendaring | 0.20 |
| 2/3/2023 | Review Order Regarding Settlement Conference + calendaring | 0.10 |
| 4/4/2023 | Review Order Modifying Courts's Scheduling Order Re: Settlement Conference + calendaring | 0.10 |
| 4/27/2023 | Reviewed Confidential Mediation Brief + Dr. Omalu's report | 1.50 |
| 5/3/2023 | Traveling to and from Mediation + Mediation | 5.00 |
| 5/8/2023 | Reviewed Opposition to Plaintiff's request to reinstate the May 23, 2023 Trial Date | 0.50 |
| 5/26/2023 | Review Order Regarding Stip to Continue Trial Date + calendaring | 0.20 |
| 7/25/2023 | File review for trial Preparation* | 1.00 |
| 7/28/2023 | Trial Preparation* | 5.50 |
| 8/1/2023 | Review of Expert depositions, reports, and facts | 3.50 |
| 8/2/2023 | Trial Preparation* | 3.20 |
| 8/6/2023 | Trial Preparation* | 6.50 |
| 8/7/2023 | Trial Preparation* | 5.80 |
| 8/8/2023 | Trial Preparation* | 6.60 |
| 8/9/2023 | Trial Preparation* | 6.50 |
| 8/10/2023 | Trial Preparation* + M&C discussion | 7.20 |
| 8/11/2023 | Trial Preparation* + M&C discussion | 6.50 |
| 8/12/2023 | Trial Preparation* - Review Court Order regarding MIL hearing + Final Proceedings | 2.00 |
| 8/13/2023 | Trial Preparation* | 4.20 |
| 8/14/2023 | M&C proceedings | 5.00 |
| 8/14/2023 | Review Joint Stipulation to Clarify Plaintiff's Remaining Claims | 0.30 |
| 8/15/2023 | Review of Mark Guerrero's deposition | 2.00 |
| 8/16/2023 | Review Proposed Jury Instructions (joint agreed) filed by Plaintiffs | 1.20 |
| 8/16/2023 | Review Proposed Jury Instructions (joint disputed) filed by Plaintiffs | 1.60 |
| 8/17/2023 | Trial Preparation* | 5.00 |
| 8/18/2023 | Trial Preparation* - Pretrial Conference + M&C proceedings discussion at office | 6.30 |
| 8/19/2023 | Trial Preparation* | 6.80 |

Maro Burunsuzyan, Esq.

| | | |
|---|---|---|
| 8/19/2023 | M&C proceedings discussion | 5.00 |
| 8/20/2023 | Review of Deposition Transcripts | 2.60 |
| 8/20/2023 | M&C proceedings discussion | 3.00 |
| 8/21/2023 | Review Order Re Defendants' Motion in Limine #4 | 0.80 |
| 8/22/2023 | Trial Preparation* – Jury Trial Day 1 | 11.0 |
| 8/23/2023 | Trial Preparation* – Jury Trial Day 2 | 11.0 |
| 8/24/2023 | Trial Preparation* – Jury Trial Day 3 | 12.0 |
| 8/25/2023 | Trial Preparation* – Jury Trial Day 4 | 6.50 |
| 8/25/2023 | Discussions with client and jurors | 2.00 |
| | | |
| | | |
| | | **279.50** |

*Trial Preparation includes: discussions and meetings with co-counsel and staff members, meeting and preparing witnesses, reviewing statements, reports, medical records, depositions, videos, audios, photographs, expert reports, pre-trial documents including jury instructions, verdict form, exhibits, client preparation, preparation for voir dire, opening statements, closing statements, direct and cross examinations, and rebuttal arguments.