# TAB 1A



1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

| Bill To |
| --- |
| Ivie McNeill Wyatt Purcell & Diggs<br>444 S Flower<br>Los Angeles CA 90071 |



## Invoice

| | |
| --- | --- |
| Date | 5/18/2021 |
| Customer | 0070429 |
| Invoice | 12969407 |
| Due Date | 6/17/2021 |
| Terms | Net 30 |
| Amount Due | $14.40 |

| | |
| --- | --- |
| Order Number | 16326038 |
| Billing Code | 821-043 |
| Case Number | 18STCV09428 |
| Court Transaction Number | 21LA03575292 |
| Contact | Le Chaune Metoyer |
| Attorney | Rodney Diggs |
| Case Title | TAMMY MURILLO vs CITY OF LOS ANGELES |
| Documents | Opposition |
| Court | Superior Court of California, Los Angeles County |

| STATUTORY DISBURSEMENTS* | AMOUNT |
| --- | --- |
| Court Technology Access Fee | $4.20 |
| **SUBTOTAL** | **$4.20** |

| ONE LEGAL FEES | AMOUNT |
| --- | --- |
| eFiling Charge | $12.00 |
| Discount Level: Silver | ($1.80) |
| Convenience Fee‡ | $0.42 |
| Convenience Fee Waived | ($0.42) |
| **SUBTOTAL** | **$10.20** |

| FEES SUMMARY | AMOUNT |
| --- | --- |
| Disbursements | $4.20 |
| One Legal Fees | $10.20 |
| **TOTAL BILLED** | **$14.40** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).
* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

# TAB 1B



# Invoice

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

| Date | 5/26/2021 |
|---|---|
| Customer | 0070429 |
| Invoice | 12989188 |
| Due Date | 6/25/2021 |
| Terms | Net 30 |
| Amount Due | $14.40 |

**Bill To**
Ivie McNeill Wyatt Purcell & Diggs
444 S Flower
Los Angeles CA 90071



| Order Number | 16372888 |
|---|---|
| Billing Code | Murillo 821-043 |
| Case Number | 18STCV09428 |
| Court Transaction Number | 21LA03616405 |
| Contact | CHRISTINA MUNOZ |
| Attorney | Rodney Diggs |
| Case Title | TAMMY MURILLO vs CITY OF LOS ANGELES |
| Documents | Witness List |
| Court | Superior Court of California, Los Angeles County |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $4.20 |
| **SUBTOTAL** | **$4.20** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.00 |
| Discount Level: Silver | ($1.80) |
| Convenience Fee‡ | $0.42 |
| Convenience Fee Waived | ($0.42) |
| **SUBTOTAL** | **$10.20** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $4.20 |
| One Legal Fees | $10.20 |
| **TOTAL BILLED** | **$14.40** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).
* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

# TAB 1C




## CREDIT CARD REQUEST FORM

DATE: 5/28/21　　　　OUR FILE NUMBER: 821-043

AMOUNT OF CHARGE: $ 15.00

VENDOR NAME: LASC

REQUESTING ATTORNEY: RSD/MRG

PURPOSE FOR REQUEST/ DOCUMENT:

REMOTE APPEARANCE FOR MOTION TO COMPEL VA RECORDS

CREDIT CARD USED **** 4573
(Last 4 digits)

BILL TO CLIENT:
　Matter Name: TAMMY MURILLO

　Matter Number: 821-043

*************************************************************************

Requested by: RSD

Approved by Director: Rodney Diggs

*(Attach cover sheet/receipt to this form and submit to Admin)*

User: MGyongyos@imwlaw.com Log out



## VCourt™ Remote Appearances

**Confirmation**

Thank you for your reservation. The confirmation below has been sent to the e-mail address you provided.

This is a confirmation for **Megan R. Gyongyos** from **Los Angeles Superior Court**. You have been scheduled for the remote appearance(s) shown below.

**Photographing, recording, or broadcasting your hearing is prohibited by California Rules of Court 1.150 and local rules of court.**

### Reservation Confirmation

Total Amount: $15.00 (Charges will be processed after hearings occur)
**Confirmation Number: TK210527470755**

Fees Note: After your remote appearance, you will be charged one fee for a case with hearings starting on the same date and time. If one of the hearings has a fee waiver selected, it will apply to all hearings for your case at the same start time. Events with a different attendee, courtroom, case, case party or date / time will be charged separately.

### How to Join Your Remote Appearance

 By **TELEPHONE**: Call the conference phone number: **(833) 558-7882**.

You will need the **Conference ID** and **Conference PIN** shown below.

### Remote Appearances Scheduled

| | Appearance Info | Case / Party | Event Details | Amount | Conference ID | PIN | Backup Audio Conf ID | Backup Audio PIN |
|---|---|---|---|---|---|---|---|---|
| 📞 | 5/28/2021 8:30 AM VNE T | 18STCV09428 Party: Tammy Murillo | Hearing on Motion to Compel VA Records | $15.00 | 1226631 | 60975 | - | - |

### Remote Hearing Support & Information

Additional information for **video** participants. You will need the following:

- A computer running Chrome or Firefox capable of video calling with a webcam, microphone and headphones

# TAB 1D



1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

| Bill To |
|---|
| Ivie McNeill Wyatt Purcell & Diggs<br>444 S Flower<br>Los Angeles CA 90071 |

# Invoice

| Date | 8/20/2021 |
|---|---|
| Customer | 0070429 |
| Invoice | 13159554 |
| Due Date | 9/19/2021 |
| Terms | Net 30 |
| Amount Due | $14.40 |

| | |
|---|---|
| Order Number | 16789172 |
| Billing Code | 821-043 |
| Case Number | 18STCV09428 |
| Court Transaction Number | 21LA03976619 |
| Contact | Le Chaune Metoyer |
| Attorney | Rodney Diggs |
| Case Title | TAMMY MURILLO vs CITY OF LOS ANGELES |
| Documents | Motion for Leave to Amend, Order |
| Court | Superior Court of California, Los Angeles County |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $4.20 |
| **SUBTOTAL** | **$4.20** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.00 |
| Discount Level: Silver | ($1.80) |
| Convenience Fee‡ | $0.42 |
| Convenience Fee Waived | ($0.42) |
| **SUBTOTAL** | **$10.20** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $4.20 |
| One Legal Fees | $10.20 |
| **TOTAL BILLED** | **$14.40** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).
* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

# TAB 1E

ONE LEGAL 

# Invoice

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

| Date | 8/24/2021 |
|---|---|
| Customer | 0070429 |
| Invoice | 13164926 |
| Due Date | 9/23/2021 |
| Terms | Net 30 |
| Amount Due | $10.20 |

**Bill To**
Ivie McNeill Wyatt Purcell & Diggs
444 S Flower
Los Angeles CA 90071

| | |
|---|---|
| Order Number | 16802782 |
| Billing Code | 821-043 |
| Case Number | 18STCV09428 |
| Court Transaction Number | 21LA03988083 |
| Contact | Le Chaune Metoyer |
| Attorney | Rodney Diggs |
| Case Title | TAMMY MURILLO vs CITY OF LOS ANGELES |
| Documents | Stipulation and Order,Stipulation and Order |
| Court | Superior Court of California, Los Angeles County |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.00 |
| Discount Level: Silver | ($1.80) |
| Convenience Fee‡ | $0.30 |
| Convenience Fee Waived | ($0.30) |
| **SUBTOTAL** | **$10.20** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $10.20 |
| **TOTAL BILLED** | **$10.20** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).
* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

# TAB 1F



**ONE LEGAL** InfoTrack

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

| Bill To |
|---|
| Ivie McNeill Wyatt Purcell & Diggs<br>444 S Flower<br>Los Angeles CA 90071 |

# Invoice

| Date | 8/24/2021 |
|---|---|
| Customer | 0070429 |
| Invoice | 13166264 |
| Due Date | 9/23/2021 |
| Terms | Net 30 |
| Amount Due | $34.40 |

| | |
|---|---|
| Order Number | 16807335 |
| Billing Code | 821-043 |
| Case Number | 18STCV09428 |
| Court Transaction Number | 21LA03992091 |
| Contact | Le Chaune Metoyer |
| Attorney | Rodney Diggs |
| Case Title | TAMMY MURILLO vs CITY OF LOS ANGELES |
| Documents | Stipulation and Order, Order |
| Court | Superior Court of California, Los Angeles County |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Filing Fee | $20.00 |
| Court Technology Access Fee | $4.20 |
| **SUBTOTAL** | **$24.20** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.00 |
| Discount Level: Silver | ($1.80) |
| Convenience Fee‡ | $1.01 |
| Convenience Fee Waived | ($1.01) |
| **SUBTOTAL** | **$10.20** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $24.20 |
| One Legal Fees | $10.20 |
| **TOTAL BILLED** | **$34.40** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).
* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

TAB 1G

**ONE LEGAL** InfoTrack Company

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

| Bill To |
|---|
| Ivie McNeill Wyatt Purcell & Diggs |
| 444 S Flower |
| Los Angeles CA 90071 |

# Invoice

| Date | 8/26/2021 |
|---|---|
| Customer | 0070429 |
| Invoice | 13171528 |
| Due Date | 9/25/2021 |
| Terms | Net 30 |
| Amount Due | $14.40 |

| | |
|---|---|
| Order Number | 16813721 |
| Billing Code | 821-043 |
| Case Number | 18STCV09428 |
| Court Transaction Number | 21LA03997794 |
| Contact | Le Chaune Metoyer |
| Attorney | Rodney Diggs |
| Case Title | TAMMY MURILLO vs CITY OF LOS ANGELES |
| Documents | Notice of Ruling |
| Court | Superior Court of California, Los Angeles County |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $4.20 |
| **SUBTOTAL** | **$4.20** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.00 |
| Discount Level: Silver | ($1.80) |
| Convenience Fee‡ | $0.42 |
| Convenience Fee Waived | ($0.42) |
| **SUBTOTAL** | **$10.20** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $4.20 |
| One Legal Fees | $10.20 |
| **TOTAL BILLED** | **$14.40** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).
* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

# TAB 1H

**ONE LEGAL** *An InfoTrack Company*

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

| Bill To |
|---|
| Ivie McNeill Wyatt Purcell & Diggs
444 S Flower
Los Angeles CA 90071 |

# Invoice

| Date | 10/7/2021 |
|---|---|
| Customer | 0070429 |
| Invoice | 13259684 |
| Due Date | 11/6/2021 |
| Terms | Net 30 |
| Amount Due | $14.40 |



| | |
|---|---|
| Order Number | 17034244 |
| Billing Code | 821-043 |
| Case Number | 18STCV09428 |
| Court Transaction Number | 21LA04189443 |
| Contact | Le Chaune Metoyer |
| Attorney | Rodney Diggs |
| Case Title | TAMMY MURILLO vs CITY OF LOS ANGELES |
| Documents | Amended Complaint |
| Court | Superior Court of California, Los Angeles County |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Technology Access Fee | $4.20 |
| **SUBTOTAL** | **$4.20** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $12.00 |
| Discount Level: Silver | ($1.80) |
| Convenience Fee‡ | $0.42 |
| Convenience Fee Waived | ($0.42) |
| **SUBTOTAL** | **$10.20** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $4.20 |
| One Legal Fees | $10.20 |
| **TOTAL BILLED** | **$14.40** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).
* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.