# TAB 2A

# USA Legal Network

# INVOICE

PO Box 7097
Woodland Hills, CA 91367
Phone: 213-607-9000 Fax: (888) 371-1532

**Bill To:**
Ivie McNeill Wyatt Purcell & Diggs
444 S. FLOWER ST. #1800
LOS ANGELES, CA 90071

| | |
|---|---|
| Name: | LE CHAUNE METOYER |
| Reference Number: | 821-043 |
| Control Number: | 2:21-CV-08738 |
| Comment2: | PERSONAL SERVICE ONLY |

| Invoice Number: | Ticket Number: |
|---|---|
| **78802** | **1155267** |

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **PROOF OF DELIVERY:** | LAR - LOS ANGELES REGULAR SERVE | 79.00 |
| Karol Paul | | |

**DESCRIPTION:**

DR. LAWRENCE NGUYEN
1104 North Mission Road
Los Angeles, CA 90033 BUSINESS

**DOCUMENTS:**

Notice of Deposition and Subpoena

| | TOTAL | 79.00 |
|---|---|---|

**Please return the portion below with your payment**

| Account Number: | 4447 IVIE MCNEILL & WYATT |
|---|---|
| Date: | 6/10/2022 |
| Total Due: $ | 79.00 |

USA Legal Network
PO Box 7097
Woodland Hills, CA 91367

# TAB 2B

# DEPARTMENT OF MEDICAL EXAMINER-CORONER
# BILLING REQUEST
# SUBPOENA DESK

DEPOSTION DATE:     August 3, 2022

COURT APPEARANCE:

DEPOSITION:     X

AUTOPSY REPORT:

PHOTOGRAPHS:

APPOINTMENTS:

NAME OF EMPLOYEE:       Lawrence Nguyen

PAYROLL TITLE:          Doctor

HOURS OF SERVICES:      2:30

CORONER CASE NO.:       2017 - 09408

NAME OF DECEDENT:       MURRILLO, JESSE DANIEL

DEPOSIT RECEIVED:       ~~$275.00~~  $40.00

DATE RECEIVED:          6/29/2022

RECEIPT NO.             1003-25909

CHECK NO.:              027,036

RECEIVED BY:            Edna Pereyda

BILLING REQUESTED BY:   Edna Pereyda

COMMENTS:

> IVIE, McNEILL, WYATT, PURCELL & DIGGS, APLC.
> 444 So. Flower St.
> Suite 1800
> Los Angeles, CA 90071
>
> Attn.: Rodney S. Diggs, Esq. (213) 489-0028

| COUNTY OF LOS ANGELES | | SCHEDULING FORM | DEPARTMENT OF MEDICAL EXAMINER-CORONER |
|---|---|---|---|

Employee Name: ✓           CC# _____           Decedent Name: ✓

☐ COURT APPEARANCE  ☐ DEPOSITION           ☐ APPOINTMENT   ☐ TELEPHONIC APPOINTMENT

Date: _____           WITH

Time: _____           Name: _____

☐ Criminal Case # _____           PHONE: ( _____ ) _____

Defendant _____           Relationship to Deceased: _____

☐ Civil Case # _____

Defendant _____

Dept # _____ Div # _____           Comments: _____
    Superior Court     Municipal Court

Court _____

Address _____

DA/Attorney _____

Phone: _____

Time Left Office/Home _____           Time Started: _____

Time Arrived at Court _____           Time Ended: _____

Time Testimony Began _____           FEE PAID: ☐ No ☐ Yes  Amount $ _____

Time Testimony End _____           If NO, Explain Why: _____

Time Returned to Office/Home _____

Original - Chief Medical Division   Pink - Subpoena Desk   Yellow - Employee           Receipt # _____
(Rev.1/15)

11:00 AM
1:30 pm
―――――――
2:30 hours.



```
 1 | RODNEY S. DIGGS, ESQ., (SBN 274459)
   | Email: rdiggs@imwlaw.com
 2 | DARRYL A. MEIGS, ESQ., (SBN 342221)
   | Email: dmeigs@imwlaw.com
 3 | IVIE McNEILL WYATT PURCELL & DIGGS, APLC
   | 444 South Flower Street, Suite 1800
 4 | Los Angeles, California 90071
   | Tel:  (213) 489-0028
 5 | Fax:  (213) 489-0552
 6 | MARO BURUNSUZYAN, ESQ., (SBN 175369)
   | Email: marob@marolaw.com
 7 | LAW OFFICES OF MARO BURUNSUZYAN
 8 | A Professional Law Corporation
   | 2600 West Olive Avenue, Suite 500
 9 | Burbank, CA 91505
10 | Tel:  (818) 507 5188
   | Fax:  (818) 507-5199
11 |
   | Attorneys for Plaintiff, TAMMY MURILLO
12 |
13 |              UNITED STATES DISTRICT COURT
14 |              CENTRAL DISTRICT OF CALIFORNIA
15 |
```

[Handwritten annotations in margin: "CF# 17-9408 Murillo, Jesse Daniel"]

| | |
|---|---|
| TAMMY MURILLO, an individual, and as Successor in Interest to JESSE MURILLO, deceased,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, a GOV'T ENTITY; and DOES 1 to 50, inclusive,<br><br>　　Defendants. | Case No: 2:21-CV-08738 FMO (AGRx)<br><br>**PLAINTIFF'S AMENDED NOTICE OF TAKING DEPOSITON OF WITNESS DR. LAWRENCE NYUYEN, LOS ANGELES COUNTY MEDICAL EXAMINER-CORONER'S OFFICE**<br><br>Date:　July 27, 2022<br>Time:　3:00 p.m.<br>Place:　Via Remote Videoconference<br><br>Complaint Filed: December 24, 2018<br>Trial Date: TBA |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure § 30(b) Plaintiff TAMMY MURILLO ("Plaintiff"), through her attorneys of record,

[Handwritten in margin: "60 photo Rept."]

[Handwritten at bottom: "Sent 6-27-22"]