# TAB 3

**IVIE, McNEILL & WYATT - COST ACCOUNT**                                              027188

DATE : September 01, 2022

CHE # : 027188

AMOUNT : $2,000.00

ACCOUNT : 6

PAID TO : Richard S. Bryce
4459 East O'Gara Road
Harrison, ID
83833

EXPLANATION : 821-043 Murillo/ Expert Fees/ 07/05/22-CKREQM

---

**IVIE, McNEILL & WYATT**
A PROFESSIONAL LAW CORP.
COST ACCOUNT
444 S. FLOWER ST., 18TH FLR.  213-489-0028
LOS ANGELES, CA 90071

COMERICA BANK-CALIFORNIA       CHECK NO.    027188
90-3752/1211

*** Two Thousand ****************************************** 00/100

PAY TO THE ORDER OF

Richard S. Bryce
4459 East O'Gara Road
Harrison, ID
83833

DATE   Sep 01, 2022            AMOUNT   $2,000.00
VOID AFTER 90 DAYS
TWO SIGNATURES REQUIRED OVER $1,000.00

AUTHORIZED SIGNATURE

MEMO   821-043 Murillo/ Expert Fees/ 07/05/22-CKREQM

⑃027188⑃ ⑃121137522⑃ 1894648540⑃

---

**IVIE, McNEILL & WYATT - COST ACCOUNT**                                              027188

DATE :       Sep 01, 2022
CHE # :      027188
AMOUNT :     $2,000.00
ACCOUNT :    6
PAID TO :    Richard S. Bryce

EXPLANATION:    821-043 Murillo/ Expert Fees/ 07/05/22-CKREQM

Vendor No:

DISBURSEMENT AMOUNTS :
MATTER    AMOUNT
|821043|   2000.00|

_Cost (Check Layoput)