# TAB 4A

# INVOICE

1 of 1


**Kennedy**
COURT REPORTERS, INC.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 30806 | 4/27/2021 | 31347 |
| Job Date | Case No. | |
| 4/13/2021 | 18STCV09428 | |

| Case Name |
|---|
| Tammy Murillo v. City of Los Angeles |

| Payment Terms |
|---|
| Due upon receipt |

Megan R. Gyongyos
Ivie McNeill & Wyatt
444 S Flower Street
Suite 1800
Los Angeles, CA 90071

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Mark Guerrero | 117.00 Pages | @ | 3.500 | 409.50 |
| Reporter Certificate | 1.00 Pages | @ | 45.000 | 45.00 |
| E-Bundle | 1.00 | @ | 55.000 | 55.00 |
| B&W Exhibit | 3.00 | @ | 1.000 | 3.00 |
| Exhibit Tabs | 2.00 Pages | @ | 1.000 | 2.00 |
| Shipping & Handling | 1.00 | @ | 60.000 | 60.00 |

TOTAL DUE >>> $574.50

W/CREDIT CARD  $604.95

Location of Job : Remote via Zoom
Join Zoom Meeting
https://us02web.zoom.us/j/87392312295?pwd=c1ZkOEN0amQ5a09hWnMvNmI4dDNIdz09

Request for Certified Copy of Transcript by Megan R. Gyongyos, Esq.

Reporter: Marcena Munguia, CSR
Per Code Proceedings

---

Tax ID: 95-3817218

*Please detach bottom portion and return with payment.*

Megan R. Gyongyos
Ivie McNeill & Wyatt
444 S Flower Street
Suite 1800
Los Angeles, CA 90071

Invoice No. : 30806
Invoice Date : 4/27/2021
Total Due : $574.50

W/CREDIT CARD  $604.95

Remit To: Kennedy Court Reporters, Inc
920 W. 17th St.
2nd Floor
Santa Ana, CA 92706

Job No. : 31347
BU ID : 1-MAIN
Case No. : 18STCV09428
Case Name : Tammy Murillo v. City of Los Angeles

# TAB 4B



**Network**
DEPOSITION SERVICES

Network Deposition Services, Inc.
1800 Century Park East • Suite 150
Los Angeles, CA 90067
Phone (310) 557-3400 • (800) 788-2021
Fax (310) 557-3555 • networkdepo.com

I am an invoice.
Take me to your accounts
payable department.

| | |
|---|---|
| Invoice No. | A22091243 |
| Invoice Date | September 20, 2022 |
| Invoice Due | October 20, 2022 |
| Invoice Total | 726.20 |
| Balance Due | 726.20 |

Ivie McNeill Wyatt Purcell & Diggs
Attention: Accounts Payable
444 South Flower Street
Suite 1800
Los Angeles, CA 90071

Federal Tax ID No. 77-0591481 • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| Noticing firm | Ivie McNeill Wyatt Purcell & Diggs | | | | |
|---|---|---|---|---|---|
| Noticed by | Rodney S. Diggs, Esq. | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
| Deposition of | Daniel Vidal | | | | |
| Caption | Tammy Murillo vs. City of Los Angeles | 2:21-CV-08738 FMO (AGRx) | 264613 | 821-043 | 9-6-2022 |

| Description of Service | Amount |
|---|---|
| Court Reporting | 674.00 |
| Exhibits | 52.20 |

NDS invoice version 3.2    Detach lower portion and return with your payment. Please do not staple check.

---

Payment From

Ivie McNeill Wyatt Purcell & Diggs
Attention: Rodney S. Diggs, Esq.
444 South Flower Street
Suite 1800
Los Angeles, CA 90071

Write notes or address changes below

| | |
|---|---|
| Invoice No. | A22091243 |
| Invoice Date | September 20, 2022 |
| Late After | October 20, 2022 |
| Total Due | 726.20 |
| Amount Enclosed | |

Make Checks Payable To

Network Deposition Services, Inc.
1800 Century Park East
Suite 150
Los Angeles, CA 90067

Be aware! Online banking fraud is on the rise. If you receive an email containing **wire transfer instructions**, call us immediately to verify the information prior to sending the funds.

# TAB 4C



**Network**
DEPOSITION SERVICES

Network Deposition Services, Inc.
1800 Century Park East • Suite 150
Los Angeles, CA 90067
Phone (310) 557-3400 • (800) 788-2021
Fax (310) 557-3555 • networkdepo.com

I am an invoice.
Take me to your accounts
payable department.

| | |
|---|---|
| Invoice No. | **A22091567** |
| Invoice Date | **September 26, 2022** |
| Invoice Due | **October 26, 2022** |
| Invoice Total | **677.65** |
| Balance Due | **677.65** |

Ivie McNeill Wyatt Purcell & Diggs
Attention: Accounts Payable
444 South Flower Street
Suite 1800
Los Angeles, CA 90071

Federal Tax ID No. 77-0591481 • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| Noticing firm | Ivie McNeill Wyatt Purcell & Diggs | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
|---|---|---|---|---|---|
| Noticed by | Rodney S. Diggs, Esq. | | | | |
| Deposition of | Edmond Babaians | 2:21-CV-08738 FMO (AGRx) | 264615 | 821-043 | 9-7-2022 |
| Caption | Tammy Murillo vs. City of Los Angeles | | | | |

| Description of Service | Amount |
|---|---|
| Court Reporting | 642.10 |
| Exhibits | 35.55 |

NDS invoice version 3.2    Detach lower portion and return with your payment. Please do not staple check.

Payment From

Ivie McNeill Wyatt Purcell & Diggs
Attention: Rodney S. Diggs, Esq.
444 South Flower Street
Suite 1800
Los Angeles, CA 90071

Write notes or address changes below

Be aware! Online banking fraud is on the rise. If you receive an email containing **wire transfer instructions**, call us immediately to verify the information prior to sending the funds.

| | |
|---|---|
| Invoice No. | **A22091567** |
| Invoice Date | September 26, 2022 |
| Late After | October 26, 2022 |
| Total Due | 677.65 |
| Amount Enclosed | |

Make Checks Payable To

Network Deposition Services, Inc.
1800 Century Park East
Suite 150
Los Angeles, CA 90067

# TAB 4D



**Network**
DEPOSITION SERVICES

Network Deposition Services, Inc.
1800 Century Park East • Suite 150
Los Angeles, CA 90067
Phone (310) 557-3400 • (800) 788-2021
Fax (310) 557-3555 • networkdepo.com

I am an invoice.
Take me to your accounts payable department.

| | |
|---|---|
| Invoice No. | **A22081782** |
| Invoice Date | **August 25, 2022** |
| Invoice Due | **September 24, 2022** |
| Invoice Total | **1,390.05** |
| Balance Due | **1,390.05** |

Ivie McNeill Wyatt Purcell & Diggs
Attention: Accounts Payable
444 South Flower Street
Suite 1800
Los Angeles, CA 90071

Federal Tax ID No. 77-0591481 • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| | | | | | |
|---|---|---|---|---|---|
| Noticing firm | Ivie McNeill Wyatt Purcell & Diggs | | | | |
| Noticed by | Rodney S. Diggs, Esq. | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
| Deposition of | Lawrence Nguyen, M.D. - Volume 1 | | | | |
| Caption | Tammy Murillo vs. City of Los Angeles | 2:21-CV-08738 FMO (AGRx) | 261152 | 821-043 | 8-3-2022 |

| Description of Service | Amount |
|---|---|
| Court Reporting | 1,180.80 |
| Exhibits | 209.25 |

NDS invoice version 3.2   Detach lower portion and return with your payment. Please do not staple check.

Payment From
Ivie McNeill Wyatt Purcell & Diggs
Attention: Rodney S. Diggs, Esq.
444 South Flower Street
Suite 1800
Los Angeles, CA 90071

Write notes or address changes below

| | |
|---|---|
| Invoice No. | **A22081782** |
| Invoice Date | August 25, 2022 |
| Late After | September 24, 2022 |
| Total Due | 1,390.05 |
| Amount Enclosed | |

Make Checks Payable To

Network Deposition Services, Inc.
1800 Century Park East
Suite 150
Los Angeles, CA 90067

Be aware! Online banking fraud is on the rise. If you receive an email containing **wire transfer instructions**, call us immediately to verify the information prior to sending the funds.

# TAB 4E



**Network**
DEPOSITION SERVICES

Network Deposition Services, Inc.
1800 Century Park East • Suite 150
Los Angeles, CA 90067
Phone (310) 557-3400 • (800) 788-2021
Fax (310) 557-3555 • networkdepo.com

I am an invoice.
Take me to your accounts
payable department.

| | |
|---|---|
| Invoice No. | A22090863 |
| Invoice Date | September 14, 2022 |
| Invoice Due | October 14, 2022 |
| Invoice Total | 1,560.40 |
| Balance Due | 1,560.40 |

Ivie McNeill Wyatt Purcell & Diggs
Attention: Accounts Payable
444 South Flower Street
Suite 1800
Los Angeles, CA 90071

Federal Tax ID No. 77-0591481 • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| Noticing firm | Ivie McNeill Wyatt Purcell & Diggs | | | | |
|---|---|---|---|---|---|
| Noticed by | Rodney S. Diggs, Esq. | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
| Deposition of | Fred Sigman | | | | |
| Caption | Tammy Murillo vs. City of Los Angeles | 2:21-CV-08738 FMO (AGRx) | 260293 | 821-043 | 8-12-2022 |

| Description of Service | Amount |
|---|---|
| Court Reporting | 1,465.60 |
| Exhibits | 94.80 |

NDS invoice version 3.2    Detach lower portion and return with your payment. Please do not staple check.

**Payment From**

Ivie McNeill Wyatt Purcell & Diggs
Attention: Rodney S. Diggs, Esq.
444 South Flower Street
Suite 1800
Los Angeles, CA 90071

Write notes or address changes below

| | |
|---|---|
| Invoice No. | A22090863 |
| Invoice Date | September 14, 2022 |
| Late After | October 14, 2022 |
| Total Due | 1,560.40 |
| Amount Enclosed | |

Make Checks Payable To

Network Deposition Services, Inc.
1800 Century Park East
Suite 150
Los Angeles, CA 90067

Be aware! Online banking fraud is on the rise. If you receive an email containing **wire transfer instructions**, call us immediately to verify the information prior to sending the funds.

# TAB 4F



**Network**
DEPOSITION SERVICES

Network Deposition Services, Inc.
1800 Century Park East • Suite 150
Los Angeles, CA 90067
Phone (310) 557-3400 • (800) 788-2021
Fax (310) 557-3555 • networkdepo.com

I am an invoice.
Take me to your accounts payable department.

| | |
|---|---|
| Invoice No. | A22091241 |
| Invoice Date | September 20, 2022 |
| Invoice Due | October 20, 2022 |
| Invoice Total | 1,059.60 |
| Balance Due | 1,059.60 |

Ivie McNeill Wyatt Purcell & Diggs
Attention: Accounts Payable
444 South Flower Street
Suite 1800
Los Angeles, CA 90071

Federal Tax ID No. 77-0591481 • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| Noticing firm | Ivie McNeill Wyatt Purcell & Diggs | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
|---|---|---|---|---|---|
| Noticed by | Rodney S. Diggs, Esq. | 2:21-CV-08738 FMO (AGRx) | 264611 | 821-043 | 9-6-2022 |
| Deposition of | Christopher Montague | | | | |
| Caption | Tammy Murillo vs. City of Los Angeles | | | | |

| Description of Service | Amount |
|---|---|
| Court Reporting | 985.80 |
| Exhibits | 73.80 |

NDS invoice version 3.2   Detach lower portion and return with your payment. Please do not staple check.

Payment From
Ivie McNeill Wyatt Purcell & Diggs
Attention: Rodney S. Diggs, Esq.
444 South Flower Street
Suite 1800
Los Angeles, CA 90071

Write notes or address changes below

Be aware! Online banking fraud is on the rise. If you receive an email containing **wire transfer instructions**, call us immediately to verify the information prior to sending the funds.

| | |
|---|---|
| Invoice No. | A22091241 |
| Invoice Date | September 20, 2022 |
| Late After | October 20, 2022 |
| Total Due | 1,059.60 |
| Amount Enclosed | |

Make Checks Payable To

Network Deposition Services, Inc.
1800 Century Park East
Suite 150
Los Angeles, CA 90067

# TAB 4G



**Network**
DEPOSITION SERVICES

Network Deposition Services, Inc.
1800 Century Park East • Suite 150
Los Angeles, CA 90067
Phone (310) 557-3400 • (800) 788-2021
Fax (310) 557-3555 • networkdepo.com

I am an invoice.
Take me to your accounts
payable department.

| | |
|---|---|
| Invoice No. | A22070112 |
| Invoice Date | July 5, 2022 |
| Invoice Due | August 4, 2022 |
| Invoice Total | 295.00 |
| Balance Due | 295.00 |

Ivie McNeill Wyatt Purcell & Diggs
Attention: Accounts Payable
444 South Flower Street
Suite 1800
Los Angeles, CA 90071

Federal Tax ID No. 77-0591481 • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| | | | | | |
|---|---|---|---|---|---|
| Noticing firm | Ivie McNeill Wyatt Purcell & Diggs | | | | |
| Noticed by | Darryl Meigs, Esq. | | NDS | Client | Deposition |
| Deposition of | Officer Christoper Montague | Case No. | Job No. | Matter No. | Date |
| Caption | Tammy Murillo vs. City of Los Angeles | 2:21-CV-08738 FMO (AGRx) | 258042 | | 5-17-2022 |

| Description of Service | Amount |
|---|---|
| Court Reporting | 295.00 |

---

NDS invoice version 3.2    Detach lower portion and return with your payment. Please do not staple check.

Payment From

Ivie McNeill Wyatt Purcell & Diggs
Attention: Darryl Meigs, Esq.
444 South Flower Street
Suite 1800
Los Angeles, CA 90071

Write notes or address changes below

| | |
|---|---|
| Invoice No. | A22070112 |
| Invoice Date | July 5, 2022 |
| Late After | August 4, 2022 |
| Total Due | 295.00 |
| Amount Enclosed | |

Make Checks Payable To

Network Deposition Services, Inc.
1800 Century Park East
Suite 150
Los Angeles, CA 90067

Be aware! Online banking fraud is on the rise. If you receive an email containing **wire transfer instructions**, call us immediately to verify the information prior to sending the funds.

# TAB 4H



**Network**
DEPOSITION SERVICES

Network Deposition Services, Inc.
1800 Century Park East • Suite 150
Los Angeles, CA 90067
Phone (310) 557-3400 • (800) 788-2021
Fax (310) 557-3555 • networkdepo.com

I am an invoice.
Take me to your accounts
payable department.

| | |
|---|---|
| Invoice No. | A22070110 |
| Invoice Date | July 5, 2022 |
| Invoice Due | August 4, 2022 |
| Invoice Total | 295.00 |
| Balance Due | 295.00 |

Ivie McNeill Wyatt Purcell & Diggs
Attention: Accounts Payable
444 South Flower Street
Suite 1800
Los Angeles, CA 90071

Federal Tax ID No. 77-0591481 • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| | | | | | |
|---|---|---|---|---|---|
| Noticing firm | Ivie McNeill Wyatt Purcell & Diggs | | | | |
| Noticed by | Darryl Meigs, Esq. | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
| Deposition of | Officer Fred Sigman | | | | |
| Caption | Tammy Murillo vs. City of Los Angeles | 2:21-CV-08738 FMO (AGRx) | 258040 | | 5-17-2022 |

| Description of Service | Amount |
|---|---|
| Court Reporting | 295.00 |

NDS invoice version 3.2    Detach lower portion and return with your payment. Please do not staple check.

Payment From

Ivie McNeill Wyatt Purcell & Diggs
Attention: Darryl Meigs, Esq.
444 South Flower Street
Suite 1800
Los Angeles, CA 90071

Write notes or address changes below

| | |
|---|---|
| Invoice No. | A22070110 |
| Invoice Date | July 5, 2022 |
| Late After | August 4, 2022 |
| Total Due | 295.00 |
| Amount Enclosed | |

Make Checks Payable To

Network Deposition Services, Inc.
1800 Century Park East
Suite 150
Los Angeles, CA 90067

Be aware! Online banking fraud is on the rise. If you receive an email containing **wire transfer instructions**, call us immediately to verify the information prior to sending the funds.

TAB 4I



# Network
## DEPOSITION SERVICES

Network Deposition Services, Inc.
1800 Century Park East • Suite 150
Los Angeles, CA 90067
Phone (310) 557-3400 • (800) 788-2021
Fax (310) 557-3555 • networkdepo.com

I am an invoice.
Take me to your accounts
payable department.

| | |
|---|---:|
| Invoice No. | A22091565 |
| Invoice Date | September 26, 2022 |
| Invoice Due | October 26, 2022 |
| Invoice Total | 974.40 |
| Balance Due | 974.40 |

Ivie McNeill Wyatt Purcell & Diggs
Attention: Accounts Payable
444 South Flower Street
Suite 1800
Los Angeles, CA 90071

Federal Tax ID No. 77-0591481 • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| Noticing firm | Ivie McNeill Wyatt Purcell & Diggs | | | | |
|---|---|---|---|---|---|
| Noticed by | Rodney S. Diggs, Esq. | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
| Deposition of | Christopher Vege | | | | |
| Caption | Tammy Murillo vs. City of Los Angeles | 2:21-CV-08738 FMO (AGRx) | 264614 | 821-043 | 9-7-2022 |

| Description of Service | | | | Amount |
|---|---|---|---|---:|
| Court Reporting | | | | 914.30 |
| Exhibits | | | | 60.10 |

NDS invoice version 3.2   Detach lower portion and return with your payment. Please do not staple check.

---

Payment From

Ivie McNeill Wyatt Purcell & Diggs
Attention: Rodney S. Diggs, Esq.
444 South Flower Street
Suite 1800
Los Angeles, CA 90071

Write notes or address changes below

| | |
|---|---:|
| Invoice No. | A22091565 |
| Invoice Date | September 26, 2022 |
| Late After | October 26, 2022 |
| Total Due | 974.40 |
| Amount Enclosed | |

Make Checks Payable To

Network Deposition Services, Inc.
1800 Century Park East
Suite 150
Los Angeles, CA 90067

Be aware! Online banking fraud is on the rise. If you receive an email containing **wire transfer instructions**, call us immediately to verify the information prior to sending the funds.

TAB 4J

INVOICE

Remit to:

Los Angeles County Auditor-Controller
Hall of Records - Shared Services Division
Attn: Account Receivable
320 West Temple Street, Room #380
Los Angeles   CA   90012

Bill to:

IVIE MCNEILL WYATT PURCELL & DIGGS
444 S. FLOWER STREET
SUITE 1800
First Supervisorial District
LOS ANGELES   CA   90071
Attn: Rodney Diggs

☐ Please check if address has changed. Write correct address on back of stub and attach with payment

| Customer Name | | |
|---|---|---|
| IVIE MCNEILL WYATT PURCELL & DIGGS | | |
| Customer Number | Invoice Number | Invoice Date |
| 154814 | 23ME0005 | 08-22-22 |
| | ARDept/BPRO | Due Date |
| | ME:WF | 09-21-22 |
| | Project No | Revenue Source |
| | | 9277 |
| | Amount Due | Amount Enclosed |
| | $1,306.08 | |

Payment Method: Check ☐    Money Order ☐

Please write Invoice No on front of check or Money Order. DO NOT MAIL CASH

Please detach the above stub and return with your remittance payable to Department of Medical Examiner - Coroner

Department of Medical Examiner - Coroner

ORIGINAL

PAGE 3 OF 5

| Customer Number | Invoice Number | Invoice Date |
|---|---|---|
| 154814 | 23ME0005 | 08-22-22 |

**Invoice Charges**

| Ref Line No. | Project Desc | Description | Service From | Service To | No. of Taxable Units | Unit of Measure | Unit Price | Charges/Credit |
|---|---|---|---|---|---|---|---|---|
| 1 | | Case # 2017-09408 Deposition - Dr. 2.50 hr @ $508.43 - $40.00 deposit | | | | | | $1,231.08 |
| 2 | | Case # 2017-09408 Deposition Clerical Fee | | | | | | $75.00 |
| | | | | | | | TOTAL INVOICE Charges | $1,306.08 |

**Other Charges**

| Description | Date | Charges |
|---|---|---|
| | 08-22-22 | |
| | TOTAL OTHER Charges | |

| | |
|---|---|
| Credit Payments Applied | $0.00 |
| Total Amount Due By 09-21-22 | $1,306.08 |

Due and payable within 30 days of receipt of invoice. Please indicate the invoice number in your remittance. If you have any questions, please call (213) 217-8046 / email: HKWAN@auditor.lacounty.gov