**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Maro Burunsuzyan, Esq. (SBN 175369)
**LAW OFFICES OF MARO BURUNSUZYAN**
550 North Brand Boulevard, Suite 1050
Glendale, CA 91203
E-mail: service@marolaw.com
Telephone: (818)507-5188
Facsimile: (818 507-5199

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MURILLO, an individual, and as Successor in Interest to JESSE MURILLO, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; FRED SIGMAN; and CHRISTOPHER MONTAGUE,<br><br>Defendants. | Case No. 2:21-CV-08738 FMO (AGRx)<br><br>*Hon. Fernando M. Olguin, Crtrm. 6D*<br><br>**NOTICE OF ERRATA AS TO DATES FOR ENTRIES LISTED ON AUGUST 30, 2023 WITHIN "EXHIBIT 1" TO THE DECLARATION OF DALE K. GALIPO IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES**<br><br>*[Corrected "Exhibit 1" filed concurrently herewith]* |

TO THIS HONORABLE COURT:

    Plaintiff hereby submits the following Notice of Errata and corrected "Exhibit 1" to the Declaration of Dale K. Galipo, attached hereto. The attached corrected "Exhibit 1" to the Declaration of Dale K. Galipo corrects the dates for five entries that were all erroneously listed as occurring on August 30, 2023. (Dkt. 135-1). The attached exhibit provides the correct dates for these entries.

DATED: November 8, 2023    LAW OFFICES OF DALE K. GALIPO

                                 By   /s/ *Renee V. Masongsong*
                                       Dale K. Galipo
                                       Renee V. Masongsong
                                       Shannon J. Leap
                                       Attorneys for Plaintiffs