# EXHIBIT 1

Dale K. Galipo  
Timekeeping Record

Tammy Murillo v. City of Los Angeles et al  
Case No.2:21-cv-08738-FMO-AGR

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 9/6/22 | Review initial case materials | 1.20 |
| 9/7/22 | Review initial case materials | 0.80 |
| 9/8/22 | Review initial case materials | 1.50 |
| 9/9/22 | Review initial case materials | 1.00 |
| 9/9/22 | Substitution of Attorney; Review and discuss with team | 0.30 |
| 9/22/22 | Review case materials | 2.70 |
| 9/24/22 | Review case materials | 2.30 |
| 9/25/22 | Review case materials | 3.00 |
| 9/26/22 | Review case materials | 3.30 |
| 9/27/22 | Review case materials | 1.50 |
| 9/28/22 | Review additional case materials | 2.50 |
| 9/29/22 | Consultation with experts | 1.30 |
| 9/30/22 | Review additional case materials | 1.40 |
| 10/1/22 | Consultation with experts | 2.40 |
| 10/8/22 | Consultation with experts | 1.40 |
| 10/9/22 | Review expert reports | 2.60 |
| 10/10/22 | Review Initial Expert Disclosures | 2.10 |
| 10/11/22 | Review expert reports | 2.30 |
| 10/22/22 | Prepare for Flosi deposition; Review case materials | 3.40 |
| 10/23/22 | Prepare for Flosi deposition; Review case materials | 3.60 |
| 10/26/22 | Prepare for Flosi deposition | 2.50 |
| 10/27/22 | Prepare for and conduct Flosi deposition | 4.00 |
| 11/4/22 | Prepare for and attend mediation with R. Copeland | 3.60 |
| 11/28/22 | Preparation for Omalu deposition | 1.40 |
| 11/29/22 | Preparation for Omalu deposition | 1.60 |
| 12/1/22 | Preparation for Bryce deposition | 2.00 |
| 12/2/22 | Preparation for Bryce deposition | 2.50 |
| 12/17/22 | Review statements (Sigman, Montague, Vege) | 4.20 |
| 12/21/22 | Review depositions (Montague, Sigman) | 3.60 |
| 12/22/22 | Review depositions (Vidal, Babaians) | 2.40 |
| 12/28/22 | Review Statements (Bolanos, Ferris, Vidal, Babaians) | 3.80 |
| 1/3/23 | Review and discuss continuation of Pre-trial dates | 0.50 |
| 1/8/23 | Review expert report and deposition (Flosi) | 2.30 |
| 1/14/23 | Review autopsy report and deposition (Nguyen) | 2.70 |
| 1/15/23 | Review videos | 2.30 |
| 1/17/23 | Review medical records; autopsy report; paramedic records | 2.30 |
| 1/18/23 | Review M.E. report; Deposition | 2.70 |
| 1/19/23 | Outline officer statements (Sigman, Montague, Vege) | 2.30 |
| 1/20/23 | Outline officer depositions (Sigman, Montague) | 3.20 |
| 1/21/23 | Outline expert depositions and reports (Flosi, Bryce) | 3.40 |

Dale K. Galipo  Tammy Murillo v. City of Los Angeles et al
Timekeeping Record  Case No.2:21-cv-08738-FMO-AGR

| Date | Description | Hours |
|---|---|---|
| 4/27/23 | Review exhibits | 1.10 |
| 4/28/23 | Review plaintiff's deposition (T. Murillo) | 2.10 |
| 4/29/23 | Review videos | 0.90 |
| 4/30/23 | Review witness deposition (Mark Guerero) | 1.70 |
| 5/1/23 | Review medical and paramedic records; Team meeting | 1.50 |
| 5/2/23 | Prepare for mediation with M. Morrow; Team meeting | 1.50 |
| 5/3/23 | Prepare for and attend mediation with M. Morrow | 4.50 |
| 5/3/23 | Review Minute Order re trial date; Discuss strategy | 0.80 |
| 5/15/23 | Review officer statements | 2.70 |
| 5/16/23 | Review witness statements | 1.50 |
| 5/17/23 | Review videos and recordings | 1.50 |
| 5/18/23 | Review medical records and autopsy report | 1.50 |
| 5/19/23 | Review police reports | 1.80 |
| 5/20/23 | Review investigation file | 2.20 |
| 5/21/23 | Review expert reports | 1.70 |
| 5/22/23 | Review depositions (Sigman, Montague, Vege) | 2.30 |
| 5/24/23 | Review depositions (Sigman, Montague) | 3.10 |
| 5/25/23 | Review depositions (Flosi, Bryce) | 2.90 |
| 5/26/23 | Review stipulation to continue trial; Discussions | 0.30 |
| 6/24/23 | Review expert reports and depositions (Flosi, Bryce) | 2.50 |
| 6/25/23 | Revivew statements (Sigman, Montague) | 1.50 |
| 6/26/23 | Review statements (Vege, Gunther, Bolanos) | 1.30 |
| 6/28/23 | Review statements (Babaians, Ferris, Vidal) | 1.20 |
| 6/29/23 | Review statements (Mendenhall, Blackwell, Schiller) | 0.90 |
| 6/30/23 | Review depositions (Sigman, Montague) | 1.90 |
| 7/1/23 | Outline expert examinations (Omalu) | 2.90 |
| 7/2/23 | Outline expert examinations (Flosi, Bryce) | 4.10 |
| 7/3/23 | Outline defendant examination (Sigman, Montague) | 4.20 |
| 7/4/23 | Outline defendant examination (Sigman, Montague) | 3.80 |
| 7/8/23 | Outline defendant examination (Sigman, Montague) | 2.40 |
| 7/9/23 | Outline defendant examination (Sigman, Montague) | 2.60 |
| 7/11/23 | Review of statements; Designations (Sigman, Montague, Vege) | 2.20 |
| 7/13/23 | Review of statements; Designations (Sigman, Montague) | 1.80 |
| 7/14/23 | Review of depositions; Designations (Sigman, Montague) | 2.00 |
| 7/15/23 | Outline Opening Statement | 5.10 |
| 7/16/23 | Outline Opening Statement; Revisions | 2.90 |
| 7/20/23 | Meeting with Police Practices Expert | 1.00 |
| 7/22/23 | Outline Closing Argument | 5.40 |
| 7/23/23 | Outline Closing Argument; Revisions | 3.60 |
| 7/25/23 | Review of depositions (Flosi, Babaians, Vidal) | 2.50 |

Dale K. Galipo  
Timekeeping Record

Tammy Murillo v. City of Los Angeles et al  
Case No.2:21-cv-08738-FMO-AGR

| Date | Description | Hours |
|---|---|---|
| 7/29/23 | Outline Closing Argument and Rebuttal Argument; Revisions | 4.30 |
| 7/30/23 | Review exhibits; Videos | 1.70 |
| 7/31/23 | Review pre-trial documents | 2.00 |
| 8/1/23 | Review exhibits; Video clips | 1.50 |
| 8/2/23 | Review exhibits; Video clips | 1.00 |
| 8/3/23 | Review officer outlines/examinations; Revisions | 5.70 |
| 8/4/23 | Review opening statement outline; Revisions; Team meeting (1) | 2.10 |
| 8/5/23 | Review closing argument outline; Outline rebuttal; Revisions | 4.90 |
| 8/6/23 | Review officer examination outline; Work on opening; Revisions | 5.10 |
| 8/7/23 | Review officer examination outline; Closing statement | 2.70 |
| 8/8/23 | Review officer examination outline; Closing argument; Team meeting (.5) | 3.30 |
| 8/9/23 | Review officer examination outline; Closing argument | 2.10 |
| 8/10/23 | Review officer examination outline; Revisions; Team meeting (.5) | 2.90 |
| 8/11/23 | Prepare for and attend Final Pre-Trial Conference and hearing on Motions in Limine; Team meeting (1) | 2.70 |
| 8/11/23 | Review exhibits; Trial preparation* | 1.80 |
| 8/12/23 | Review pre-trial documents; Trial Preparation* | 8.20 |
| 8/13/23 | Trial Preparation* | 7.10 |
| 8/14/23 | Trial Preparation*; Meet and confer in person | 7.80 |
| 8/15/23 | Trial Preparation* | 8.90 |
| 8/16/23 | Trial Preparation* | 8.20 |
| 8/17/23 | Trial Preparation* | 7.00 |
| 8/18/23 | Prepare for and attend Further Pre-Trial Conference (appear by phone) | 1.30 |
| 8/18/23 | Trial Preparation* | 9.70 |
| 8/19/23 | Trial Preparation* | 12.30 |
| 8/20/23 | Trial Preparation* | 13.40 |
| 8/21/23 | Trial Preparation* | 12.40 |
| 8/22/23 | Trial - Trial Preparation* | 15.20 |
| 8/23/23 | Trial - Trial Preparation* | 15.80 |
| 8/24/23 | Trial - Trial Preparation* | 16.20 |
| 8/25/23 | Trial - meetings | 16.00 |
| 10/6/23 | Review post-trial motion; Research | 2.70 |
| 10/16/23 | Review trial transcripts | 2.30 |
| 10/17/23 | Review trial transcripts | 3.20 |
| 10/18/23 | Review post-trial opposition | 2.80 |
| 10/19/23 | Review post-trial opposition | 1.50 |

Dale K. Galipo  
Timekeeping Record

Tammy Murillo v. City of Los Angeles et al  
Case No.2:21-cv-08738-FMO-AGR

| Date | Description | Hours |
|---|---|---|
| 11/4/23 | Work on motion for attorneys fees | 1.50 |
| 11/5/23 | Work on motion for attorneys fees | 2.00 |
| 11/6/23 | Work on motion for attorney's fees | 1.00 |
| 11/7/23 | Final review of motion for fees | 0.60 |
| | | |
| | TOTAL TIME | 406.20 |
| TOTAL HOURS | | |

*Trial preparation includes: discussions and meetings with co-counsel and staff, meeting with and preparing witnesses, reviewing statements, investigation reports, medical records, photos, audio, video, depositions, expert reports, pleadings, pre-trial documents including jury instructions, verdict form, exhibits, client preparation, preparation for voir dire, opening statement, direct and cross examination, closing and rebuttal arguments.