Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Maro Burunsuzyan, Esq. (SBN 175369)
**LAW OFFICES OF MARO BURUNSUZYAN**
550 N. Brand Blvd., Suite 1050
Glendale, California 91203
Telephone:   (818)507-5188
Fascimile:    (818)507-5199

*Attorneys for Plaintiff*

**HYDEE FELDSTEIN SOTO**, **City Attorney** (SBN 106866x)
**SCOTT MARCUS, Chief Assistant City Attorney** (SBN 184980)
**CORY M. BRENTE, Senior Assistant City Attorney** (SBN 115453)
**TY A. FORD, Deputy City Attorney** (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900
Fax No.:     (213) 978-8785
Email: Ty.Ford@lacity.org

*Attorneys for Defendants* CITY OF LOS ANGELES, CHRIS MONTAGUE and FRED SIGMAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMY MURILLO, an individual and as successor in interest to JESSE MURILLO, deceased,<br><br>              Plaintiff,<br>Vs.<br><br>CITY OF LOS ANGELES, FRED SIGMAN; CHRISTOPHER MONTAGUE,<br><br>              Defendants. | **CASE NO. 2:21-cv-08738 FMO (AGRx)**<br>*Hon. Fernando M. Olguin, Ctrm. 6D*<br>*Mag. Alicia G. Rosenberg, Ctrm. 550*<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE THE REMAINING DATES RELATING TO PLAINTIFF'S ATTORNEY FEE MOTION**<br><br>[Proposed] Order *filed concurrently herewith* |

1  COME NOW, Plaintiff, TAMMY MURILLO, successor in interest to Jesse
2  Murillo and Defendants, CITY OF LOS ANGELES, FRED SIGMAN, and
3  CHRISTOPHER MONTAGUE, and hereby submit the following stipulation and
4  request to continue the remaining dates relating to Plaintiff's Attorney Fee Motion.

| Event | Current Date | Proposed Date |
|---|---|---|
| Last Day to file Opposition to Plaintiff's Attorney Fee Motion | November 21, 2023 | December 5, 2023 |
| Last Day to File Reply to Plaintiffs' Attorney Fee Motion | December 5, 2023 | December 19, 2023 |
| Hearing on Plaintiff's Attorney Fee Motion | December 7, 2023 | January 4, 2024 |

The Parties further agree that this Court shall retain jurisdiction over Plaintiff's Attorney Fee Motion, and that this Court shall be able to rule on Plaintiff's Attorney Fee Motion, notwithstanding any notice of appeal filed by Defendants in this matter.

IT IS SO STIPULATED.

DATED: November 14, 2023      LAW OFFICES OF DALE K. GALIPO
                              LAW OFFICES OF MARO BURUNSUZYAN

                              By: /s/ Dale K. Galipo

                              Dale K. Galipo[1]
                              Maro Burunsuzyan
                              Renee V. Masongsong
                              Shannon J. Leap

                              *Attorneys for Plaintiff*

---

[1] Pursuant to L.R. 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 14, 2023

**HYDEE FELDSTEIN SOTO, City Attorney**
**SCOTT MARCUS, Senior Assistant City Attorney**
**CORY M. BRENTE, Senior Assistant City Attorney**

By: *Ty A. Ford*
    **TY A. FORD**, Deputy City Attorney
*Attorneys for Defendants* **CITY OF LOS ANGELES, CHRIS MONTAGUE and FRED SIGMAN**