# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MURILLO, an individual and as successor in interest to JESSE MURILLO, deceased,<br><br>　　　　　　Plaintiff,<br>　　Vs.<br><br>CITY OF LOS ANGELES, FRED SIGMAN; CHRISTOPHER MONTAGUE,<br><br>　　　　　　Defendants. | **CASE NO. 2:21-cv-08738 FMO (AGRx)**<br>*Hon. Fernando M. Olguin, Ctrm. 6D*<br>*Mag. Alicia G. Rosenberg, Ctrm. 550*<br><br>**ORDER GRANTING JOINT STIPULATION [139] AND REQUEST TO CONTINUE THE REMAINING DATES RELATING TO PLAINTIFF'S ATTORNEY FEE MOTION** |

Having reviewed the Parties' Joint Stipulation, it is HEREBY ORDERED that the dates relating to Plaintiff's Attorney Fee Motion shall be continued as follows:

| Event | New Date |
|---|---|
| Last Day to file Opposition to Plaintiff's Attorney Fee Motion | December 5, 2023 |
| Last Day to File Reply to Plaintiffs' Attorney Fee Motion | December 19, 2023 |
| Hearing on Plaintiff's Attorney Fee Motion | January 4, 2024 at 10:00 AM |

1 | This Court shall retain jurisdiction over Plaintiff's Attorney Fee Motion, and
2 | that this Court shall be able to rule on Plaintiff's Attorney Fee Motion,
3 | notwithstanding any notice of appeal filed by Defendants in this matter.

IT IS SO ORDERED.

DATED: November 15, 2023         UNITED STATES DISTRICT COURT

By: _____/s/_____

HON. FERNANDO M. OLGUIN