**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**SCOTT MARCUS**, Chief Asst. City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900; Fax No.: (213) 978-8785
Email: Ty.Ford@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES, CHRIS MONTAGUE and FRED SIGMAN**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MURILLO, an individual, and as Successor in Interest to JESSE MURILLO, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a GOV'T entity and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-08738 FMO (AGRx)<br>[Assigned to Hon. Judge Fernando M. Olguin, Ctrm. 6D]<br>[Assigned to Mag. Alicia G. Rosenberg, Ctrm. 550]<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFF'S APPLICATION TO TAX COSTS**<br><br>Date:  January 4, 2024<br>Time: 10:00 am<br>Ctrm: 6D, 6th Floor |

**TO THIS HONORABLE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:**

///
///
///
///
///
///
///
///

1

1       **DEFENDANTS, CITY OF LOS ANGELES, CHRIS MONTAGUE AND FRED SIGMAN** hereby submit their Objections to Plaintiff's Application to Tax Costs.

      Plaintiff is seeking many costs which are not allowed under the rules, and Plaintiff has failed to submit evidentiary support for some of her claimed costs. Defendants' objections are set forth in the attached table (Exhibit "A").

Dated: November 17, 2023

      Respectfully submitted,

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**SCOTT MARCUS**, Chief Asst. City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: *Ty A. Ford*
     TY A. FORD, Deputy City Attorney
*Attorneys for Defendants,* **CITY OF LOS ANGELES, CHRIS MONTAGUE and FRED SIGMAN**