# EXHIBIT A

## TAMMY MURILLO v CITY OF LOS ANGELES

## CV21-08738 FMO (AGRx) MOTION FOR COSTS

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S CLAIMED COSTS IN HER APPLICATION TO THE CLERK TO TAX COSTS

**OBJECTIONS TO PLAINTIFF'S APPLICATION TO TAX COSTS FILED BY DALE GALIPO:**

**(L.R. 54-3.4) Transcripts of Court Proceedings** *(order or stipulation required and must be attached)*

| Job Date | Witness | Amount | Objection |
|---|---|---|---|
| 08/14/2023 | 4-2. Transcript of Meet & Confer re Amended Pretrial Documents (Dkt. No. 84).<br><br>(See Exhibit B) | **$1,123.50** | Costs of expedited delivery in the amount of **$294.50** are not recoverable under L.R. 54-3.4 unless the judge so orders or counsel stipulate in writing before the costs are incurred.<br><br>**L.R. 54-3.4** Transcripts of Court Proceedings. Except as allowed by L.R. 54-4, the cost of a transcript of any court proceeding is not taxable unless, before the cost is incurred, it is approved by the Court or stipulated by counsel in writing to be recoverable. Unless the order or stipulation otherwise specifies, **the** |

| | | | |
|---|---|---|---|
| | | | taxable cost of such a transcript will be limited to the cost of the original and one copy of the transcript prepared after the proceeding for ordinary, non-expedited delivery and billed at the rates set by the Judicial Conference of the United States. |
| 10/11/2023 | 4-3. Transcripts of Pretrial Conference and Jury Trial Days 1 & 3. (See Exhibit B) | **$1,001.88** | **L.R. 54-3.4** Transcripts of Court Proceedings. Except as allowed by L.R. 54-4, the cost of a transcript of any court proceeding is not taxable unless, before the cost is incurred, it is approved by the Court or stipulated by counsel in writing to be recoverable. |
| 10/13/2023 | 4-4. Transcript of Jury Trial Day 4. (See Exhibit B) | **$114.00** | **L.R. 54-3.4** Transcripts of Court Proceedings. Except as allowed by L.R. 54-4, the cost of a transcript of any court proceeding is not taxable unless, before the cost is incurred, it is approved by the Court or stipulated by counsel in writing to be recoverable. |

**(L.R. 54-3.6) Transcripts of Court Proceedings** *Witness Fees (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)*

| Date | Witness | Amount | Objection |
|---|---|---|---|
| 08/17/2023 | Appearance Fee re Trial Subpoena Served on Firefighter/Paramedic Chase Mendenhall. $275.00 of $458.35 Total Invoice (See Exhibit D) | <u>$275.00</u> | **28 U.S.C. § 1821** - Per diem and mileage generally; subsistence (b) A witness shall be paid an attendance fee of **$40 per day for each day's attendance.** A witness shall also be paid the attendance fee for the time necessarily occupied in going to and returning from the place of attendance at the beginning and end of such attendance or at any time during such attendance.<br><br>**L.R. 54-3.6 Witness Fees**. Statutory witness fees, including attendance, mileage or other travel expenses, a per diem subsistence allowance, and any other fees or expenses provided in 28 U.S.C. § 1821, are taxable when paid to a witness (including an officer or employee of a corporation or other entity if not a party in his or her own capacity and a party if subpoenaed by an opposing party):<br>(a) Who actually attends any court proceeding scheduled in connection with the case or before any person authorized to take the witness's deposition, or<br>(b) With a subpoena directing the witness's appearance.<br>Taxable attendance and subsistence fees include fees paid for time reasonably spent in travel. No other witness expenses, including fees for expert witnesses, are allowable. |

**(L.R. 54-3.10) Certification, Exemplification and Reproduction of Documents** *(if order or stip required, it must be attached);* **L.R. 54-3.10(b):** *"cost of copies of documents or other materials admitted into evidence"*

| Date | Witness | Amount | Objection |
|---|---|---|---|
| 08/21/2023 | Production of Exhibit Binders for Trial. $284.62<br><br>(See Exhibit F) | **$284.62** | Any party seeking taxation of costs under this local rule must provide a consolidated itemization of copying costs, setting forth with specificity, particularity, and clarity the distinct tasks and services performed. Only costs associated with copying documents or reproducing other material for actual use in the case are allowed. Costs incurred for the convenience of counsel or as prefatory steps in the discovery process before copying documents for actual production are not recoverable pursuant to L.R. 54-3.10<br><br>**L.R. 54-3.10(b):** The cost of copies of documents or other materials admitted into evidence **when the original is not available or the copy is substituted for the original at the request of an opposing party**; |

**OBJECTIONS TO PLAINTIFF'S APPLICATION TO TAX COSTS FILED BY <u>RODNEY DIGGS</u>:**

**(L.R. 54-3.6) Transcripts of Court Proceedings** *Witness Fees (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)*

| Date | Witness | Amount | Objection |
|---|---|---|---|
| 09/01/2023 | Invoice for Richard Bryce ($2000.00) (See Tab 3A) | **$2,000.00** | **L.R. 54-3.6 Witness Fees**. Statutory witness fees, including attendance, mileage or other travel expenses, a per diem subsistence allowance, and any other fees or expenses provided in 28 U.S.C. § 1821, are taxable when paid to a witness (including an officer or employee of a corporation or other entity if not a party in his or her own capacity and a party if subpoenaed by an opposing party): (a) Who actually attends any court proceeding scheduled in connection with the case or before any person authorized to take the witness's deposition, or (b) With a subpoena directing the witness's appearance. Taxable attendance and subsistence fees include fees paid for time |

| | | | |
|---|---|---|---|
| | | | reasonably spent in travel. **No other witness expenses, including fees for expert witnesses, are allowable.** **28 U.S.C. § 1821** - Per diem and mileage generally; subsistence (b) A witness shall be paid an attendance fee of **$40 per day for each day's attendance.** A witness shall also be paid the attendance fee for the time necessarily occupied in going to and returning from the place of attendance at the beginning and end of such attendance or at any time during such attendance. |
| | **Reduction Amount (Dale Galipo)** | $2,799.00 | |
| | **Reduction Amount (Rodney Diggs)** | $2,000.00 | |
| | **Total Reduction Amount** | <u>$4,799.00</u> | |