**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**SCOTT MARCUS**, Chief Asst. City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900; Fax No.: (213) 978-8785
Email: Ty.Ford@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES, CHRIS MONTAGUE and FRED SIGMAN**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MURILLO, an individual, and as Successor in Interest to JESSE MURILLO, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a GOV'T entity and DOES 1 to 50, inclusive,<br><br>Defendants. | **CASE NO. 2:21-cv-08738 FMO (AGRx)**<br>[Assigned to Hon. Judge Fernando M. Olguin, Ctrm. 6D]<br>[Assigned to Mag. Alicia G. Rosenberg, Ctrm. 550]<br><br>**DEFENDANTS' NOTICE OF LODGING CERTIFIED COPIES OF TRIAL TRANSCRIPT EXCERPTS IN SUPPORT OF DEFENDANTS' MOTION FOR A NEW TRIAL (DOC. 132)**<br><br>Date:   December 7, 2023<br>Time:   10:00 am<br>Ctrm:   6D, 6th Floor |

TO THIS HONORABLE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:

///

///

///

///

///

///

1

1    On October 5, 2023, Defendants CITY OF LOS ANGELES, CHRIS MONTAGUE and FRED SIGMAN (collectively, "Defendants") filed their Motion for a New Trial.  See Doc. 132.  In support of their Motion, Defendants attached Exhibit "A" (Doc. 132-1) and Exhibit "B" (Doc. 132-2), which were expedited excerpts from the trial transcripts.  Defendants hereby lodge with the Court certified excerpts of the reporter's transcript for the same pages of trial proceedings, including testimony and argument, for the court's reference, marked as Exhibit "A-1" and Exhibit "B-1."

Dated: November 20, 2023

Respectfully submitted,

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**SCOTT MARCUS**, Chief Asst. City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: *Ty A. Ford*
       TY A. FORD, Deputy City Attorney
*Attorneys for Defendants,* **CITY OF LOS ANGELES, CHRIS MONTAGUE and FRED SIGMAN**