Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Maro Burunsuzyan, Esq. (SBN 175369)
**LAW OFFICES OF MARO BURUNSUZYAN**
550 N. Brand Blvd., Suite 1050
Glendale, California 91203
Telephone:   (818)507-5188
Fascimile:   (818)507-5199

*Attorneys for Plaintiff*

**HYDEE FELDSTEIN SOTO**, **City Attorney** (SBN 106866x)
**SCOTT MARCUS, Chief Assistant City Attorney** (SBN 184980)
**CORY M. BRENTE, Senior Assistant City Attorney** (SBN 115453)
**TY A. FORD, Deputy City Attorney** (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900
Fax No.:    (213) 978-8785
Email: Ty.Ford@lacity.org

*Attorneys for Defendants* CITY OF LOS ANGELES, CHRIS MONTAGUE and FRED SIGMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MURILLO, an individual and as successor in interest to JESSE MURILLO, deceased,<br><br>          Plaintiff,<br>Vs.<br><br>CITY OF LOS ANGELES, FRED SIGMAN; CHRISTOPHER MONTAGUE,<br><br>          Defendants. | **CASE NO. 2:21-cv-08738 FMO (AGRx)**<br>*Hon. Fernando M. Olguin, Ctrm. 6D*<br>*Mag. Alicia G. Rosenberg, Ctrm. 550*<br><br>**JOINT STIPULATION AND REQUEST TO FURTHER CONTINUE THE REMAINING DATES RELATING TO PLAINTIFF'S ATTORNEY FEE MOTION**<br><br>[Proposed] Order *filed concurrently herewith* |

1

JOINT STIPULATION AND REQUEST TO CONTINUE

COME NOW, Plaintiff, TAMMY MURILLO, successor in interest to Jesse Murillo and Defendants, CITY OF LOS ANGELES, FRED SIGMAN, and CHRISTOPHER MONTAGUE, and hereby submit the following stipulation and request to further continue the remaining dates relating to Plaintiff's Attorney Fee Motion as the parties have been diligently discussing and are continuing to discuss informal resolution of the attorney's fees.  The parties have made significant progress but are continuing to work on all of the details.

| Event | Current Date | Proposed Date |
|---|---|---|
| Last Day to file Opposition to Plaintiff's Attorney Fee Motion | December 5, 2023 | December 12, 2023 |
| Last Day to File Reply to Plaintiffs' Attorney Fee Motion | December 19, 2023 | December 26, 2023 |
| Hearing on Plaintiff's Attorney Fee Motion | January 4, 2024 | January 11, 2024 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Parties further agree that this Court shall retain jurisdiction over Plaintiff's Attorney Fee Motion, and that this Court shall be able to rule on Plaintiff's Attorney Fee Motion, notwithstanding any notice of appeal filed by Defendants in this matter.

**IT IS SO STIPULATED.**

DATED:  December 4, 2023　　　　LAW OFFICES OF DALE K. GALIPO
　　　　　　　　　　　　　　　　LAW OFFICES OF MARO BURUNSUZYAN


　　　　　　　　　　　　　　　　By:  /s/ Dale K. Galipo

　　　　　　　　　　　　　　　　Dale K. Galipo
　　　　　　　　　　　　　　　　Maro Burunsuzyan
　　　　　　　　　　　　　　　　Renee V. Masongsong
　　　　　　　　　　　　　　　　Shannon J. Leap

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated:  December 4, 2023　　　　**HYDEE FELDSTEIN SOTO, City Attorney**
　　　　　　　　　　　　　　　　**SCOTT MARCUS, Senior Assistant City Attorney**
　　　　　　　　　　　　　　　　**CORY M. BRENTE, Senior Assistant City Attorney**

　　　　　　　　　　　　　　　　By:  *Ty A. Ford*
　　　　　　　　　　　　　　　　**TY A. FORD**[1], Deputy City Attorney
　　　　　　　　　　　　　　　　*Attorneys for Defendants* **CITY OF LOS ANGELES, CHRIS MONTAGUE and FRED SIGMAN**

---

[1] Pursuant to L.R. 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.