# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MURILLO, an individual and as successor in interest to JESSE MURILLO, deceased,<br><br>　　　　　　Plaintiff,<br>Vs.<br><br>CITY OF LOS ANGELES, FRED SIGMAN; CHRISTOPHER MONTAGUE,<br><br>　　　　　　Defendants. | **CASE NO. 2:21-cv-08738 FMO (AGRx)**<br>*Hon. Fernando M. Olguin, Ctrm. 6D*<br>*Mag. Alicia G. Rosenberg, Ctrm. 550*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO FURTHER CONTINUE THE REMAINING DATES RELATING TO PLAINTIFF'S ATTORNEY FEE MOTION** |

　　Based on the joint stipulation of the parties and good cause appearing thereon, the Court hereby GRANTS the parties' request and continues the dates on Plaintiff's motion for attorney's fees as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Last Day to file Opposition to Plaintiff's Attorney Fee Motion | December 5, 2023 | December 12, 2023 |

1

| Last Day to File Reply to Plaintiffs' Attorney Fee Motion | December 19, 2023 | December 26, 2023 |
|---|---|---|
| Hearing on Plaintiff's Attorney Fee Motion | January 4, 2024 | January 11, 2024 |

The Court shall retain jurisdiction over Plaintiff's Attorney Fee Motion, and that this Court shall be able to rule on Plaintiff's Attorney Fee Motion, notwithstanding any notice of appeal filed by Defendants in this matter.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE