Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Maro Burunsuzyan, Esq. (SBN 175369)
**LAW OFFICES OF MARO BURUNSUZYAN**
550 N. Brand Blvd., Suite 1050
Glendale, California 91203
Telephone:  (818)507-5188
Facsimile:    (818)507-5199

*Attorneys for Plaintiff*

**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**SCOTT MARCUS,** Chief Asst. City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900; Fax No.: (213) 978-8785
Email: Ty.Ford@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES, CHRIS MONTAGUE and FRED SIGMAN**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMY MURILLO, an individual, and as Successor in Interest to JESSE MURILLO, deceased,<br><br>            Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a GOV'T entity and DOES 1 to 50, inclusive,<br><br>            Defendants. | **CASE NO. 2:21-cv-08738 FMO (AGRx)**<br>[Assigned to Hon. Judge Fernando M. Olguin, Ctrm. 6D]<br>[Assigned to Mag. Alicia G. Rosenberg, Ctrm. 550]<br><br>**JOINT STIPULATION REGARDING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES; [PROPOSED] ORDER**<br><br>[Proposed] Order *filed concurrently herewith* |

1

**TO THE ABOVE-ENTITLED COURT:**

The parties have reached a proposed settlement on Plaintiff's request for statutory attorney's fees in this matter. This proposed settlement on Plaintiff's request for statutory attorney's fees is subject to the approval of the Los Angeles City Council.

The parties, Plaintiff TAMMY MURILLO, successor in interest to Jesse Murillo and Defendants CITY OF LOS ANGELES, FRED SIGMAN, and CHRISTOPHER MONTAGUE, by and through their attorneys of record, stipulate that in accordance with the judgment entered on September 7, 2023, Plaintiff shall recover $1,485,215 in statutory attorney's fees, in addition to the jury verdict and any costs awarded. Upon approval by the Los Angeles City Council, the amount of $1,485,215 shall be added to the judgment in this action, in addition to the jury verdict and any costs awarded, and shall be paid to satisfy the statutory attorney's fees claim.

Defendants will make their best efforts to have this proposed settlement on Plaintiff's request for statutory attorney's fees heard and approved by the Los Angeles City Council by February 13, 2024. Should the settlement for the statutory attorney's fees not be approved, the parties retain their rights to request that the Court set a new briefing schedule and hearing date on the motion for statutory attorney's fees.

///
///
///
///
///
///
///
///

**IT IS SO STIPULATED.**

Dated: December 12, 2023        LAW OFFICES OF DALE K. GALIPO
                                LAW OFFICES OF MARO BURUNSUZYAN


                                By: /s/ Dale K. Galipo
                                    Dale K. Galipo
                                    Maro Burunsuzyan
                                    Renee V. Masongsong
                                    Shannon J. Leap
                                    *Attorneys for Plaintiff*

Dated: December 12, 2023

                                Respectfully submitted,

                                **HYDEE FELDSTEIN SOTO**, City Attorney
                                **DENISE C. MILLS**, Chief Deputy City Attorney
                                **SCOTT MARCUS**, Chief Asst. City Attorney
                                **CORY M. BRENTE**, Senior Assistant City Attorney

                                By: *Ty A. Ford*
                                    TY A. FORD[1], Deputy City Attorney
                                *Attorneys for Defendants,* **CITY OF LOS ANGELES, CHRIS MONTAGUE and FRED SIGMAN**

---

[1] Pursuant to L.R. 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.