1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMY MURILLO, an individual, and as Successor in Interest to JESSE MURILLO, deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a GOV'T entity and DOES 1 to 50, inclusive,<br><br>    Defendants. | **CASE NO. 2:21-cv-08738 FMO (AGRx)**<br>[Assigned to Hon. Judge Fernando M. Olguin, Ctrm. 6D]<br>[Assigned to Mag. Alicia G. Rosenberg, Ctrm. 550]<br><br>**ORDER RE JOINT STIPULATION [148] REGARDING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES [135]** |

    Based on the parties' conditional settlement regarding Plaintiff's motion for attorney's fees and the joint stipulation of the parties, and good cause appearing thereon, the Court hereby ORDERS that, subject to the approval of the Los Angeles City Council, Plaintiff shall be awarded $1,485,215 in attorney's fees in this matter. Pursuant to the Judgment entered on September 7, 2023, in this matter, this amount of $1,485,215 shall be added to the judgment once this amount is approved by the Los Angeles City Council, along with any costs awarded, and shall be paid.

    If this settlement is not approved by the Los Angeles City Council, the parties may submit a stipulation and proposed order concerning the briefing schedule as to opposition and reply briefs and a new hearing date on the motion.

///

The hearing on the motion currently set for January 11, 2024, is hereby taken off-calendar.

***IT IS SO ORDERED.***

Dated: December 13, 2023            /s/
                                    HONORABLE FERNANDO M. OLGUIN
                                    UNITED STATES DISTRICT JUDGE